William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE



FILED
DISTRICT COURT OF GUAM
OCT 13 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE U.S. DISTRICT COURT

## OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00036<br><br>PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE AND STATUS REPORT PURSUANT TO LR 16.1(e) |

COMES NOW, Plaintiffs, by and through their counsel of record, and requests a continuance of the Scheduling Conference currently set for October 14, 2004 at 3:00 pm, and provides the Court a status report pursuant to Local Rule 16.1(e) as follows:

**MOTION TO CONTINUE SCHEDULING CONFERENCE AND STATUS REPORT**

Plaintiff respectfully requests that the Scheduling Conference currently set for October 14, 2004 at 3:00 pm be continued as the Defendants have not yet been served. Plaintiff is attempting to settle this matter with the Defendants in the near

future. Plaintiff intends to serve the Defendants next week if the matter cannot be resolved.

## CONCLUSION

Based on all of the foregoing, Plaintiffs respectfully request this honorable Court to continue the Scheduling Conference currently set for October 14, 2004 at 3:00 pm for an additional 45 days from the aforementioned date.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: October 13, 2004.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE