William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE



IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and<br>CORITA B. AGRAVANTE, | CIVIL CASE NO. 04-00036 |
| Plaintiffs,<br>vs. | ORDER |
| JAPAN AIRLINES INTERNATIONAL<br>CO., LTD.,<br><br>Defendant. | |

IT IS HEREBY ORDERED that the Scheduling Conference currently set for October 14, 2004 at 3:00 pm be continued to December 1, 2004 at 2:00 p.m.

Dated: October 14, 2004    BY: _____
                                Judge, U.S. District Court of Guam