William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE



FILED
DISTRICT COURT OF GUAM
DEC - 1 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00036<br><br>PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE AND STATUS REPORT PURSUANT TO LR 16.1(e) |

COMES NOW, Plaintiffs, by and through their counsel of record, and requests a continuance of the Scheduling Conference currently set for December 1, 2004 at 2:00 p.m., and provides the Court a status report pursuant to Local Rule 16.1(e) as follows:

**MOTION TO CONTINUE SCHEDULING CONFERENCE AND STATUS REPORT**

Plaintiff respectfully requests that the Scheduling Conference currently set for December 1, 2004 at 2:00 p.m. be continued as the Defendants have not yet

ORIGINAL

Answered. Defendants were served the Complaint in this matter within the last 20 days.

## CONCLUSION

Based on all of the foregoing, Plaintiffs respectfully request this honorable Court to continue the Scheduling Conference currently set for December 1, 2004 at 2:00 p.m. to a later date provided by the Court.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: December 1, 2004.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE