FILED
DISTRICT COURT OF GUAM
DEC - 1 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| PEDRO P. AGGRAVANTE, JR. and CORITA B. AGGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00036<br><br><br><br>ORDER |

This case is scheduled to come before the Court on December 1, 2004 at 2:30 p.m. for a Scheduling Conference. Hours prior to the scheduled hearing, the Plaintiffs filed a Motion to Continue Scheduling Conference and Status Report. The Plaintiffs sought to continue the Scheduling Conference on the basis that the Defendant had not yet filed an Answer. The motion stated that the Defendant was "served the Complaint in this matter within the last 20 days."

The Court hereby vacates the December 1, 2004 Scheduling Conference. The Plaintiffs have not submitted a proposed Scheduling Order and Discovery Plan, thus a Scheduling Conference at this time would not be productive. The Plaintiffs shall move to re-set the Scheduling Conference once the Defendant has filed an Answer to the Complaint.

Furthermore, the Court is concerned that the Plaintiffs are not diligently prosecuting this case. The Scheduling Conference was already continued once before because the Plaintiffs had not yet served the Defendant. While the Plaintiffs assert that the Defendant has been served with the Complaint "within the last 20 days," the executed summons has yet to be filed with the

Court. Thus, there is no indication whether proper service has been effectuated on the Defendant. The Plaintiff is hereby ordered to file proof of service of the Complaint and summons upon the Defendant within five (5) days following the issuance of this Order. The Plaintiffs are reminded that pursuant to Fed. R. Civ. P. 4(m), if the complaint and summons are not served within 120 days after filing the complaint, the court may dismiss the action without prejudice.

SO ORDERED this 1st day of December 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge