AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Guam

PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE,
    Plaintiffs,
        V.

JAPAN AIRLINES INTERNATIONAL
CO., LTD.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV04-00036

FILED
DISTRICT COURT OF GUAM
DEC - 3 2004
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)
JAPAN AIRLINES INTERNATIONAL CO., LTD.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William L. Gavras, Esq.
Law Offices of Gorman & Gavras, P.C.
2nd Floor, J&R Bldg.
208 Route 4
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

NOV 17 2004

CLERK

(By) DEPUTY CLERK        DATE

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | NOVEMBER 18, 2004 |
| NAME OF SERVER (PRINT) JOHN ASPRER | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: OFFICE OF JAPAN AIRLINES IN G.I.A.A. (AIRPORT)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: KENJI MORITA

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/18/04
            Date                    Signature of Server

            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.