AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM


FILED
DISTRICT COURT OF GUAM
FEB - 7 2005
MARY L.M. MORAN
CLERK OF COURT

PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE
V.
JAPAN AIRLINES
INTERNATIONAL CO., LTD.

NOTICE

CASE NUMBER: CV-04-00036

| TYPE OF CASE: | | |
|---|---|---|
| | X  CIVIL | ☐ CRIMINAL |

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 3RD FLOOR, U.S. COURTHOUSE | GRAND JURY ROOM, U.S. DISTRICT COURT |
| | MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. |
| 520 W. SOLEDAD AVENUE | DATE AND TIME |
| HAGATNA, GU 96910 | MONDAY, MARCH 7, 2005 AT 10:00 A.M. |

TYPE OF PROCEEDING

**SCHEDULING CONFERENCE. PLAINTIFF SHALL SUBMIT A PROPOSED SCHEDULING ORDER NO LATER THAN FEBRUARY 28, 2005.**

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

FEBRUARY 7, 2005
DATE

(BY) DEPUTY CLERK

TO: William Gavras, Esq.
David Ledger, Esq.