# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**FILED**

DISTRICT COURT OF GUAM

MAR 1-7 2005

MARY L.M. MORAN
CLERK OF COURT



**CASE NO. CV-04-00036**      **DATE: 03/07/2005**      **TIME: 10:06 a.m.**

**CAPTION: PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.-vs- JAPAN AIRLINES INTERNATIONAL CO. LTD.**

*************************************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge**         **Law Clerk:** Judith Hattori

Official Court Reporter: Wanda Miles         **Courtroom Deputy:** Virginia T. Kilgore

Hearing Electronically Recorded: 10:06:06 - 10:17:57         **CSO:** B. Benavente / J. Lizama

*********************** **A P P E A R A N C E S** ***********************

**COUNSEL FOR PLAINTIFF(s):**         **COUNSEL FOR DEFENDANT(s):**

DAVID LEDGER         ALEXANDER GORMAN

*************************************************************************************************

**PROCEEDINGS:**         **SCHEDULING CONFERENCE**

( ) MOTION (S) ARGUED BY     ( ) PLAINTIFF     ( ) DEFENDANT

( ) MOTION(s)  ____Granted ____Denied ____Settled ____Withdrawn ____Under Advisement

(X) ORDER SUBMITTED  __X__ Approved ____Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____at _____

**NOTES:**

The Court executed the Proposed Scheduling Order and informed the parties of the changes made. The Court stated its concern regarding the scheduling of the trial date and instructed Mr. Gorman to check with Mr. Gavras. The Court further stated that it will keep the tentative scheduled trial date unless an earlier date is requested by the parties.

The Court and the parties discussed the provision in the discovery plan regarding rebuttal of expert reports. The Court stated that it was amendable to moving the date upon the agreement of the parties.

COURTROOM DEPUTY:_____         END TIME: 10:17 a.m.

L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-04-00036.wpd