William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342



**FILED**
DISTRICT COURT OF GUAM

MAR 11 2005

MARY L.M. MORAN
CLERK OF COURT



Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE

IN THE DISTRICT COURT OF GUAM

PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE,

        Plaintiff,

vs.

JAPAN AIRLINES INTERNATIONAL
CO., LTD.

        Defendant.
_____/

CIVIL CASE NO. CV04-00036

~~PROPOSED~~ SCHEDULING ORDER

**PROPOSED SCHEDULING ORDER**

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1.    The nature of the case is as follows:

Personal Injury sustained during commercial air travel subject to Warsaw

convention.

2. The posture of the case is as follows:

   a) The following motions are on file (pending):

   None at the present time.

   b) The following motions have been resolved:

   Not applicable.

   c) The following formal discovery has been initiated:

   None at the present time.

3. All Motions to add parties and claims shall be filed on or before:

   November 11, 2005.

4. All Motions to amend pleadings shall be filed on or before:

   November 11, 2005.

5. Status of Discovery:

   The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. The parties shall appear before the District Court on _March 7, 2005_ at _10:00 a.m._ for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: December 16, 2005. [handwritten: 2005 July]

8. a) The anticipated discovery motions are:

Agravante, et al., vs. Japan Airlines International Co., Ltd., CV04-00036
Proposed Scheduling Order
February 2005.

None at this time.

b) All discovery motions shall be filed on or before ~~October 28~~ December 23, 2005. [D.I. 2/15/05]
These motions will be heard on or before January ~~16~~ 17, 2006 at 10:30 a.m.

c) All dispositive motions shall be filed on or before January ~~16~~ 17, 2006 and heard on or before February 17, 2006 at 10:30 a.m.

9. The prospects for settlement are:

Unknown at this time.

10. The Preliminary Pretrial Conference shall be held on February ~~20~~ 21, 2006 at 10:30 a.m. .m. (no later than 21 days to trial date).

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before February 27, 2006 (no later than 14 days prior to Trial).

12. The Proposed Pretrial Order shall be filed on or before February 27, 2006 (no later than 14 days prior to Trial).

13. The Final Pretrial Conference shall be held on March 6, 2006 at 10:00 a.m. .m. (no later than 7 days prior to Trial).

14. The Trial shall be held on March 13, 2006 at 9:30 a.m.

15. The Plaintiffs seek a jury trial.

16. It is anticipated that it will take four (4) days to try this case.

3

17. The names of counsel on this case are:

    William L. Gavras, Esq. for Plaintiffs Pedro P. Agravante, Jr. and

    Corita B. Agravate.

    David P. Ledger, Esq. for Japan Airlines International Co., Ltd.

18. The Plaintiffs are amenable to submitting this case to a settlement

    conference. Defendant is not.

19. The parties present the following suggestions for shortening trial:

    None at this time.

20. The following issues will affect the status or management of the case:

    Unknown at this time

Dated: ~~February~~ March 7, 2005.

JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
~~Judge~~, District Court of Guam

**APPROVED AS TO FORM AND CONTENT:**

GORMAN & GAVRAS

Dated: February 25, 2005.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE

RECEIVED
FEB 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

                                         CARLSMITH BALL LLP

Dated: February 25, 2005.      BY: _____
                                         DAVID P. LEDGER, ESQ.
                                         Attorneys for Defendant
                                         JAPAN AIRLINES INTERNATIONAL
                                         CO., LTD.

<u>Agravante, et al., vs. Japan Airlines International Co., Ltd.</u>, CV04-00036
**Proposed Scheduling Order**

5

Case 1:04-cv-00036   Document 11   Filed 03/11/2005   Page 5 of 5