William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE



FILED
DISTRICT COURT OF GUAM
MAR 11 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CV04-00036<br><br><br><br>DISCOVERY PLAN |

### DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rule 16.2, the parties agree to and hereby submit the following plan:

A.  Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

B.  Unless additional discovery is ordered by the Court, the parties also may propound not more than 25 interrogatories and requests for admissions. Unlimited requests for production may also be propounded. This discovery shall be served in

such a fashion as to be subject to answer or response on or before the discovery cutoff date.

C. The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by Local Rules and FRCP Rule 26 by May 13, 2005. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

D. Plaintiffs will serve expert witness disclosures not later than July 15, 2005. Defendant will serve expert witness rebuttal disclosures not later than sixty (60) days after service of Plaintiffs' experts' disclosures. Defendant may also serve expert disclosures not later July 15, 2005, in which case Plaintiffs shall serve expert rebuttal disclosures sixty (60) days thereafter.

E. The specific subjects on which discovery may be needed are:

Facts supporting the nature of the claims and defenses.

F. Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the Federal and Local Rules.

G. The Cutoff date for discovery is December 16, 2005.

**APPROVED AS TO FORM AND CONTENT:**

GORMAN & GAVRAS

Dated: February 25, 2005.     BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff

2

        PEDRO P. AGRAVANTE, JR. and
        CORITA B. AGRAVANTE

        CARLSMITH BALL LLP

Dated: February 25, 2005.     BY: _____
        DAVID P. LEDGER, ESQ.
        Attorneys for Defendant
        JAPAN AIRLINES INTERNATIONAL
        CO., LTD.