William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE

**FILED**
DISTRICT COURT OF GUAM
AUG - 5 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00036<br><br>COMPLIANCE WITH RULE 26 FRCP AND LOCAL RULES |

COME NOW the Plaintiffs, by and through their undersigned counsel, and hereby aver to this Honorable Court that the disclosures of Rule 26 of the Federal Rules of Civil Procedure and the Local Rules of the District Court of Guam have been complied with through the discovery propounded to the Plaintiffs and responded to by the Plaintiffs.

Rule 26 FRCP's requirements for initial disclosure of information; disclosure of experts; as well as pre-trial disclosure requirements have been met. Doctor Preston is noted as an expert for Plaintiffs, and his information is likewise in the Discovery Responses.

Agravante et. al. v. Japan Airlines International, et. al.,
Civil Case No. 04-00036
Compliance with Rule 26 FRCP and Local Rules
August 5, 2005

The foregoing disclosures and discovery responses will be supplemented as additional information concerning witnesses, experts and evidence, both documentary and otherwise in the future as becomes known to the Plaintiffs.

Respectfully submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: August 5, 2005.   By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE