William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE

**FILED**
DISTRICT COURT OF GUAM
SEP - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE,

    Plaintiffs,

vs.

JAPAN AIRLINES INTERNATIONAL
CO., LTD.,

    Defendant.
_____/

CIVIL CASE NO. 04-00036

MOTION TO WITHDRAW

COMES NOW counsel and states as follows:

1. Counsel believes there exists serious ethical concerns in his continued representation of the Plaintiffs. Plaintiff Pedro P. Agravante, Jr. insists on pursuing a course that could very well compromise counsel's ability to legally represent the Plaintiffs at trial. Corita B. Agravante is Pedro Agravante's wife. Her claim is derivative to his as it is for loss of consortium.

2. Plaintiff Pedro P. Agravante, Jr. has accused counsel of making statements and having motives, which, if true, could constitute ethical violations on the part of counsel. Counsel denies that he made these statements or has had such motives.

3. Plaintiff Pedro P. Agravante, Jr. has received a copy of both his and his wife's files.

4. Plaintiff Pedro P. Agravante, Jr. and his wife have insisted to counsel's staff that counsel is no longer their attorney in this matter.

5. Plaintiff Pedro P. Agravante, Jr. has communicated with defense counsel informing defense counsel that the undersigned attorney no longer represents either him or his wife.

6. The undersigned attorney and defense counsel agree that if the undersigned is permitted to withdraw, a new scheduling order should be implemented in order that successor counsel, or the Plaintiffs proceeding pro se, have the opportunity to familiarize themselves with the case and proceed as they deem proper.

Respectfully submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: September 7, 2005.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon David Ledger, Esq., Carlsmith Ball LLP, by hand delivery, a true and correct copy of Motion to Withdraw and Order on September 7, 2005.

LAW OFFICE OF GORMAN & GAVRAS

Date: September 7, 2005.   BY: _____
WILLIAM L. GAVRAS, ESQ.