William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE



FILED
DISTRICT COURT OF GUAM

SEP - 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00036<br><br><br>NOTICE OF MOTION TO WITHDRAW |

**PLEASE TAKE NOTICE** that on 27th day of September, 2005 at 1:45 p. m., or as soon thereafter as counsel can be heard, before the Honorable Judge Joaquin V. E. Manibusan, Jr., the undersigned will move this Court to permit the undersigned counsel to withdraw as counsel for Plaintiffs.

Date: September 9, 2005.

LAW OFFICES OF GORMAN & GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs

ORIGINAL