William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiffs**
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE



FILED
DISTRICT COURT OF GUAM

SEP - 9 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00036<br><br><br><br>CERTIFICATE OF SERVICE |

I certify that I will cause to be served upon Plaintiffs, PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVATE, by mail, postage prepaid, a true and correct copy of the following documents on September 9, 2005:

1. Motion to Withdraw;
2. Notice of Motion to Withdraw; and
3. Proposed Order.

LAW OFFICE OF GORMAN & GAVRAS

Date: September 9, 2005.    BY: _____
WILLIAM L. GAVRAS, ESQ.

ORIGINAL