ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
JOSEPH C. RAZZANO
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM

SEP - 9 2005 *p*

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.<br><br>                Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>                Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S RESPONSE TO WILLIAM L. GAVRAS' MOTION TO WITHDRAW; REQUEST TO VACATE MARCH 11, 2005 SCHEDULING ORDER AND REQUEST FOR STATUS CONFERENCE; DECLARATION OF SERVICE** |

        COMES NOW, Japan Airlines International Co., Ltd., by and through Counsel and states as follows:

        1.    Counsel for Defendant has no opposition to William L. Gavras' Motion to Withdraw (the "Motion").

        2.    In accordance with paragraph 6 of the Motion, Defendant requests that the Court vacate the current Scheduling Order and Discovery Plan issued by the Court on March 11, 2005 (the "Scheduling Order"). The purpose for vacating the order is so that successor counsel or

Plaintiffs proceeding *pro se*, have the opportunity to familiarize themselves with the case and proceed as they deem proper. At this time, Defendant informs the Court that several deadlines in the Scheduling Order are quickly approaching including, but not limited to, expert witness rebuttal disclosures due on or before September 13, 2005. In addition, the Discovery cut-off date in this case is set for December 16, 2005. With the above mentioned deadlines coming due, Defendant believes the most prudent course of action is to vacate the current Scheduling Order and set a Status Conference in this case for thirty (30) days from the date of this submission.

WHEREFORE Defendant requests the March 11, 2005 Scheduling Order and Discovery Plan be vacated. In addition, a status conference be set on or before October 8, 2005.

Respectfully submitted this 9th day of September 2005.

CARLSMITH BALL LLP

DAVID LEDGER
JOSEPH C. RAZZANO
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, Joseph C. Razzano, hereby declare under penalty of perjury of the laws of the United States, that on the 9th day of September 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S RESPONSE TO WILLIAM L. GAVRAS' MOTION TO WITHDRAW; REQUEST TO VACATE MARCH 11, 2005 SCHEDULING ORDER AND REQUEST FOR STATUS CONFERENCE; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

> William L. Gavras, Esq.
> Law Offices of Gorman & Gavras, P.C.
> 2nd Floor, J&R Building
> 208 Route 4
> Hagåtña, Guam 96910

Executed this 9th day of September 2005 at Hagåtña, Guam.

*/s/ Joseph C. Razzano*
JOSEPH C. RAZZANO