DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL


**FILED**
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00036**          **DATE: September 27, 2005**

**CAPTION: PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.-vs- JAPAN AIRLINES INTERNATIONAL CO. LTD.**
*****************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 2:20:19 - 2:26:53

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente / J. Lizama

*********************************** APPEARANCES ***********************************

COUNSEL FOR PLAINTIFF(s):

DAVID LEDGER

COUNSEL FOR DEFENDANT(s):

ALEXANDER GORMAN

*****************************************************************************

**PROCEEDINGS:         MOTION TO WITHDRAW AS PLAINTIFF'S ATTORNEY**

( ) MOTION (S) ARGUED BY     ( ) PLAINTIFF     ( ) DEFENDANT

( X ) MOTION(s)   X   Granted   ____Denied   ____Settled   ____Withdrawn   ____Under Advisement

( X ) ORDER SUBMITTED   X   Approved (with changes)   ____Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

Defense requested that the Scheduling Order be vacated until such time that the plaintiff finds an attorney.

The Court Granted the Motion to Withdraw and executed the proposed order submitted with the deletion of the last line regarding the deadline to file a new proposed scheduling order. Defense had no objection to the change.
Mr. Gorman provided plaintiff's address of P.O. Box 22281, GMF Barrigada, GU 96921, for record purposes.

COURTROOM DEPUTY: _____