William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE

FILED
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, | CIVIL CASE NO. 04-00036 |
| Plaintiffs, | |
| vs. | |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | ORDER |
| Defendant. | |

It is hereby ordered that the motion to withdraw filed by Gorman & Gavras, P.C. is hereby granted. The plaintiffs shall proceed pro se if and until such time as successor counsel enters an appearance for the plaintiffs. The parties shall confer on a new scheduling order within 10 days of the signing of this order. ~~A new proposed scheduling order shall be filed within 20 days of the signing of this order.~~

Dated: September 27, 2005.

HON. JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED
SEP - 7 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM