ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM
OCT 25 2005 AP
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE. <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. CIV04-00036 <br><br> **NOTICE OF MEET AND CONFER BY THE PARTIES** |

On September 27, 2005 the Court filed an order granting the motion of Gorman & Gavras to withdraw as counsel to Plaintiffs. That order further stated that Plaintiffs, or Plaintiffs' new counsel, should meet and confer with counsel for Defendant for the purpose of discussing an amended Scheduling Order and Discovery Plan to submit to the Court.

On October 19, 2005 Plaintiff Pedro Agravante and David Ledger, counsel for Defendant, met for the above stated purpose. Rather than agree on an amended Scheduling Order and Discovery Plan at this time, which may be subject to further scrutiny and proposed amendments by new counsel for Plaintiffs should Mr. Agravante succeed in retaining counsel,

Mr. Agravante and counsel for Defendant agreed to wait at least thirty (30) more days, during which time Mr. Agravante would continue to seek new counsel, before submitting an amended Scheduling Order and Discovery Plan to the Court.

Respectfully submitted this ____ day of October 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Japan Airlines International Co., Ltd.

Respectfully submitted this 25th day of October 2005.

PRO SE

_____
PEDRO P. AGRAVANTE, Jr.
Plaintiff

Respectfully submitted this 25th day of October 2005.

PRO SE

_____
CORITA B. AGRAVANTE
Plaintiff