ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM
NOV - 1 2005 9P
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>[~~PROPOSED~~] *orig*<br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED SCHEDULING ORDER AND DISCOVERY PLAN** |

On October 25, 2005, the parties filed a joint Notice of Meet and Confer with regard to an Amended Rule 16 Scheduling Order and Discovery Plan for this action. Having reviewed said Notice, and good cause appearing therefore;

IT IS HEREBY ORDERED that the parties shall file an *Amended* Scheduling Order and Discovery Plan not later than thirty (30) days from the date this Order is filed.

SO ORDERED: _November 1, 2005_.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

RECEIVED
OCT 31 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4839-9572-9152.1.051729-00007