RECEIVED
CARLSMITH BALL
DATE: 11/28/05  TIME 9:08

PEDRO P. AGRAVANTE, JR., Pro se
CORITA B. AGRAVANTE, Pro se
213 Calamendo street, Liguan Terrace
Mailing Address P.O. Box 22281
GMF, Guam 96921
Telephone no. 671.646-8453/4537



**FILED**
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE<br><br>Plaintiffs<br><br>Vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant | CIVIL CASE NO. CIV04-00036<br><br>A PETITION FOR ADDITIONAL 60 DAYS EXTENSION TO PREPARE PROPOSED SCHEDULING ORDER AND DISCOVER PLAN |

      On November 18, 2005, Friday at 2:00 p.m. Plaintiff Pedro P. Agravante and David Ledger counsel for Defendant, met and Defendant counsel suggested that Plaintiff Corita B. Agravante trial should be separated because Plaintiff Pedro P. Agravante is barred to represent the wife in Court. He is not a lawyer and a Member of the Bar.

      Although Plaintiffs Pedro P. Agravante and Corita B. Agravante oppose to the new venue and idea and believe that this suggestion is an infringement of their fundamental Civil Rights to dispose of their legal affairs, they also feel their complaint against the Defendant may need a legal counsel, making the necessity to file a petition for additional 60 days extension to prepare and again to seek counsel.

Respectfully submitted this _28_, day of November 2005

PRO SE

_____
PEDRO P. AGRAVANTE, Jr.
Plaintiff

Respectfully submitted this _28_, day of November 2005

PRO SE

_____
CORITA B. AGRAVANTE
Plaintiff

2