PEDRO P. AGRAVANTE, JR., Pro se
CORITA B. AGRAVANTE, Pro se
213 Calamendo Street, Liguan Terrace
Mailing address: P.O. Box 22281
GMF, Guam 96921
Telephone no. 671.646-8453/4537



**FILED**
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE<br><br>Plaintiffs<br><br>Vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant | CIVIL CASE NO. CIV04-00036<br><br>A PETITION TO TAKE -OFF FROM THE CASE DEFENDANT'S COUNSEL DUE TO CONFLICT OF INTEREST |

       Due to David Ledger, counsel for Defendant on CIVIL CASE NO. CIV04-00036, PEDRO P. AGRAVANTE, JR and CORITA B. AGRAVANTE, and CIVIL CASE NO. CIV04-00028, ROBERT J. DEL ROSARIO and LEILANI DEL ROSARIO, Plaintiff business partner and also injured on board JAL flight JO 981, on July 20, 2002. And counsel having access to sensitive material information of both cases, Plaintiffs Agravante petition that he shall be taken-off as the Defendant's counsel from their case.

       Sensitive material information compiled during the Discovery process that is privy to Plaintiff's case but also applicable to the other could be used by counsel to the Defendant's advantage during trial to detriment and hurt both cases.

       Therefore, Plaintiffs Agravante believed his presence as counsel for Defendant in their case is a conflict.

ORIGINAL

Respectfully submitted this 28 day of November 2005.

PRO SE

_____
PEDRO P. AGRAVANTE, JR.
Plaintiff

Respectfully submitted this 28 day of November 2005

PRO SE

_____
CORITA B. AGRAVANTE
Plaintiff

2