PEDRO P. AGRAVANTE, JR., Pro se
CORITA B. AGRAVANTE, Pro se
213 Calamendo street, Liguan Terrace
Mailing Address: P.O. Box 22281
GMF, Guam 96921
Telephone no. 671.646-8453/3437

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE<br><br>Plaintiffs<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant | CIVIL CASE NO CIV04-00036<br><br>SECOND PETITION FOR 60 DAYS EXTENSION TO PREPARE PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN |

      On November 28, 2005 at 9:08 a.m., Plaintiff Pedro P. Agravante filed the first petition for 60 days extension to prepare Proposed Scheduling Order and Discovery Plan. This was addressed to the Superior Court of Guam that should have been in the District Court of Guam where Civil Case No. CIV04-00036 was filed.

      On November 18, 2005, Friday at 2:00 p.m., Plaintiff Pedro P. Agravante, Jr. and David Ledger counsel for Defendant, met at counsel's office in Agana. During the meeting, Counsel for Defendant suggested that Plaintiff Corita B. Agravante trial should be separated because Plaintiff Pedro P. Agravante, Jr. is barred to represent the wife in the District Court. He is not a lawyer and a member of the Bar.

      Although, Plaintiffs Pedro P. Agravante, Jr. and Corita B. Agravante opposed to the new venue and idea and believed that this suggestion is an infringement of their fundamental Civil Rights to dispose of their legal affairs, they also feel their complaint against the Defendant may need a legal counsel.

**ORIGINAL**

On November 28, 2005 at 2:45 p.m., Plaintiff Agravante filed a Petition to take-off from the case Defendant counsel due to conflict of interest. Pending on the outcome of the petition, rather than to prepare an amended Scheduling Order and Discovery Plan, which may be subject to further scrutiny and proposed amendments by new counsel for Defendant, whereby making the necessity to file a petition for 60 more days extension, during which time for Plaintiffs and Defendant to prepare and to seek new counsels, before submitting an amended Scheduling Order and Discovery Plan to the Court.

Respectfully submitted this 29 day of November 2005

PRO SE

PEDRO P. AGRAVANTE, JR.
Plaintiff

Respectfully submitted this 29 day of November 2005

PRO SE

CORITA B. AGRAVANTE
Plaintiff