DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGGRAVANTE, JR. and CORITA B. AGGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00036<br><br><br><br>ORDER |

The Plaintiffs herein were previously represented by Attorney William Gavras, however, on September 27, 2005, the Court granted Mr. Gavras's motion to withdraw as the Plaintiffs' counsel. (Minutes, Docket No. 18.) Because the Plaintiffs were then proceeding *pro se* and certain pretrial deadlines were quickly approaching, the Court granted the parties' request to submit an amended scheduling order. (Id.)

On November 1, 2005, at the parties' request, the Court gave the parties an additional 30 days to submit an amended scheduling order and discovery plan. (Docket No. 21.)

On November 28, 2005, the Plaintiffs filed a petition requesting an additional 60 days to prepare a proposed scheduling order and discovery plan. (Docket No. 22.) The basis for the request was that the Plaintiffs were still attempting to hire counsel to represent them. (Id.) Additionally, the Plaintiffs filed a petition to remove the Defendant's counsel from further representing the Defendant herein due to a conflict of interest. (Docket No. 23.)

The following day – November 29, 2005 – the Plaintiffs filed a second petition

requesting a 60-day extension for preparing a proposed scheduling order and discovery plan. (Docket No. 24.)

On December 1, 2005, the Defendant submitted – without the Plaintiffs' signatures – a proposed scheduling order and discovery plan. The submission stated that the Plaintiffs have refused to sign the proposal.

The Court believes that a hearing on these matters is necessary and will aid the Court in moving this case forward. Accordingly, the parties shall appear before the Court on Monday, December 19, 2005, at 10:15 a.m. to discuss the Plaintiffs' petition to remove the present defense counsel and the submission of an amended scheduling order and discovery plan. The Defendant shall file a response to the Plaintiffs' petition to remove its counsel by December 13, 2005.

SO ORDERED this 7th day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge