# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Pedro P. Agravante Jr., et al., | Case No. 1:04-cv-00036 |
| Plaintiffs, | |
| vs. | |
| Japan Airlines International Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order re Petition for Additional 60 Days Extension to Prepare Proposed Scheduling Order and Discover Plan, Petition to Take-Off From the Case Defendant's Counsel Due to Conflict of Interest, and Second Petition for 60 Days Extension to Prepare Proposed Scheduling Order and Discovery Plan filed December 7, 2005, on the dates indicated below:

| | |
|---|---|
| Agravante, Pedro P. and Agravante, Corita B. | Carlsmith Ball |
| December 8, 2005 | December 8, 2005 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Petition for Additional 60 Days Extension to Prepare Proposed Scheduling Order and Discover Plan, Petition to Take-Off From the Case Defendant's Counsel Due to Conflict of Interest, and Second Petition for 60 Days Extension to Prepare Proposed Scheduling Order and Discovery Plan

was served on the above listed individuals/entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 8, 2005                    /s/ Renee M. Martinez
                                          Deputy Clerk