CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM

DEC - 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PETITION TO TAKE-OFF FROM THE CASE DEFENDANT'S COUNSEL DUE TO CONFLICT OF INTEREST; DECLARATION OF SERVICE** |

The Court has Ordered undersigned counsel to file by December 13, 2005 an opposition/reply to Pro Se Plaintiff's "petition" for an extension of time to submit an agreed Rule 16 Order and Discovery Plan and to Pro Se Plaintiff's "petition" to disqualify undersigned counsel from representing Japan Airlines in this action.

Because undersigned counsel is presently in trial in CIV 03-00030, *Julia Emmanuel v. Seventh-Day Adventist Clinic*, with said trial not likely to conclude before Tuesday December 13, 2005 (Monday December 12, 2005 at the earliest), undersigned counsel hereby respectfully requests an extension of time to prepare and file the opposition/reply to Pro Se Plaintiff's "petitions."

Undersigned counsel does not request the hearing of these matters be extended beyond December 19, 2005, the date presently set on the Court's calendar.

DATED: Hagåtña, Guam, December 9, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 9th day of December 2005, I served, via certified mail with return receipt requested, a true and correct copy of the DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PETITION TO TAKE-OFF FROM THE CASE DEFENDANT'S COUNSEL DUE TO CONFLICT OF INTEREST upon Pro Se Plaintiffs as follows:

        PEDRO P. AGRAVANTE
        CORITA B. AGRAVANTE
        Post Office Box 22281
        Guam Main Facility
        Barrigada, Guam 96910

Executed this 9th day of December 2005 at Hagåtña, Guam.

                                    DAVID LEDGER