CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



**FILED**
DISTRICT COURT OF GUAM

DEC 12 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00036<br><br>**ORDER *GRANTING* DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PETITION TO TAKE-OFF FROM THE CASE DEFENDANT'S COUNSEL DUE TO CONFLICT OF INTEREST** |

IT IS HEREBY ORDERED that Defendant's Request for Extension of Time to Respond to Plaintiffs' "Petition" for an extension of time to submit an agreed Rule 16 Order and Discovery Plan and to Pro Se Plaintiffs' "Petition" to disqualify undersigned counsel from representing is GRANTED. Defendant's Response is now due on Thursday, December 15, 2005.

SO ORDERED: December 12, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge