ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

DEC 14 2005

MARY L.M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 13th day of December 2005, I served, via certified mail with return receipt requested, a true and correct copy of the *Order Granting Defendant's Request for Extension of Time to Respond to Plaintiffs' Petition to Take-Off from the Case Defendant's Counsel due to Conflict of Interest* (Filed 12/12/2005) upon Pro Se Plaintiffs as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 13th day of December 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

4818-7773-8240.1.051729-00007

Case 1:04-cv-00036   Document 31   Filed 12/14/2005   Page 1 of 1