# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
DEC 19 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00036**     **DATE: 12/19/2005**

**CAPTION: <u>PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.-vs- JAPAN AIRLINES INTERNATIONAL CO. LTD.</u>**

*******************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**     Law Clerk: Judith Hattori

Court Recorder & Courtroom Deputy: Virginia T. Kilgore

**Hearing Electronically Recorded: 11:08:25 - 11:29:09**     CSO: B. Pereda

*************************** **A P P E A R A N C E S** ***************************

**COUNSEL FOR PLAINTIFF(s):**     **COUNSEL FOR DEFENDANT(s):**

PEDRO P. AGRAVANTE, Pro Se     DAVID LEDGER

CORITA B. AGRAVANTE, Pro Se

*******************************************************************************

## PROCEEDINGS:

▸ **PETITION FOR ADDITIONAL 60 DAYS EXTENSION TO PREPARE PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN AND SECOND PETITION FOR 60 DAYS EXTENSION TO PREPARE PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN -** <u>The Court DENIED plaintiff's requests for a 60 day extension. The Court extended the date for submission of a proposed scheduling order for an additional 30 days from today and instructed plaintiffs to work with defendant's counsel. No further written order will follow.</u>

▸ **PETITION TO TAKE-OFF FROM THE CASE DEFENDANT'S COUNSEL DUE TO CONFLICT OF INTEREST -** <u>The Court DENIED the motion as stated on the record. No further written order will follow.</u>

( X ) MOTION (S) ARGUED BY     ( X ) PLAINTIFF     ( X ) DEFENDANT

( X ) MOTION(s)  ___ Granted  <u>X</u> Denied  ___ Settled  ___ Withdrawn  ___ Under Advisement

(  ) ORDER SUBMITTED  ___ Approved (with changes)  ___ Disapproved

(  ) ORDER to be Prepared By:_____

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>Scheduling Conference set for January 26, 2006 at 10:30 a.m.</u>

COURTROOM DEPUTY: _____