ORIGINAL

PEDRO P. AGRAVANTE, JR.
PRO SE
P.O. BOX 22281
GMF, GUAM 96921

For Plaintiffs

PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE

FILED
DISTRICT COURT OF GUAM
JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and<br>CORITA B. AGRAVANTE<br>                Plaintiffs<br><br>Vs.<br><br>JAPAN AIRLINES INTERNATIONAL<br>CO., LTD.<br>                Defendant | CIVIL CASE NO. CV04-00036<br><br>~~PROPOSED~~ SCHEDULING ORDER |

PROPOSED SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Order.

1. The nature of the case is as follows:

    Alleged Personal Injury sustained during commercial air travel subject to Warsaw Convention.

2. The posture of the case is as follows:

    a) The following motions are on file (pending):
    
    None at the present time

RECEIVED
CARLSMITH BALL
DATE: 01/17/06 TIME: 8:58

Agravante, et al., vs. Japan Airlines International Co., Ltd., CV04-00036
Propose Schedul Order
December 2005.

    b) The following motions have been resolved:

        Not applicable

    c) The following formal discovery has been initiated:

        None at present time

3. All Motions to add parties and claims shall be filed on or before:
October 3, 2006.

4. All Motions to amend pleadings shall be filed on or before:
October 3, 2006.

5. Status of Discovery:
The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. The Parties shall appear before the District Court on January 26, 2006 ~~JUDGE~~ at 10:30 a.m. for Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is December 2006 _____.

8. (a) The anticipated discovery motions are:

    None at this time

   (b) All discovery motions shall be filed on or before November 14, 2006. ~~These motions will be heard on or before January __, 2007 at _____.~~

   (c) All dispositive motions shall be filed on or before January 3, 2007, ~~and heard on or before February 2007.~~

9. The prospect for settlement are:

    Unknown at this time

10. The Preliminary Pretrial Conference shall be held on February 27, 2007 at 10:30 a.m. (no later than 21 days to Trial date).

2.

Agravante, et al., vs. Japan Airlines International Co., Ltd.. CV04-00036
Proposed Scheduling Order
December 2005

11. The parties pretrial materials, discovery materials, witness list, designations and exhibit lists shall be filed on or before ~~February 2007~~ the March 6, 2007 (no later than 14 days prior to Trial).

12. The Proposed Pretrial Order shall be filed on or before ~~February 2007~~ March 6, 2007 (no later than 14 days prior to Trial).

13. The Final Pretrial Conference shall be held on March (13), 2007 at 10:30 a.m. (no later than 7 days prior to Trial).

14. The Trial shall be held on March 20, 2007 at 9:00 a.m.

15. The Plaintiff seek a jury Trial.

16. It is anticipated that it will take four (4) days to try this case.

17. The names of counsel on this case are:
    Pedro P. Agravante, Jr, Pro se for Plaintiffs Pedro P. Agravante, Jr. and Corita B. Agravante.
    David P. Ledger, Esq. For Japan Airlines International Co., Ltd.

18. The Plaintiffs are amenable to submitting this case to a settlement conference. Defendant is not.

19. The parties present the following suggestions for shortening trial:
    None at this time.

20. The following issues will affect the status or management of this case:
    Unknown at this time

3.

Agravante, et al., vs. Japan Airlines International Co., Ltd., CV04-00036
Proposed Scheduling Order
December 2005

Dated: 1/26/2006

*(signature)*

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam

APPROVED AS TO FORM AND CONTENT:

Dated: Jan. 17, 2006     BY: *(signature)*

PEDRO P. AGRAVANTE, JR., PRO SE
For Plaintiffs:
PEDRO P. AGRAVANTE, JR and
CORITA B. AGRAVANTE

CARLSMITH BALL LLP

Dated: Jan 17, 2006     BY: *(signature)*

DAVID P. LEDGER
Attorneys for Defendant
JAPAN AIRLINES INTERNATIONAL
CO., LTD.

4.