ORIGINAL

Pedro P. Agravante, Jr., Pro se
213 Calamendo Street, Liguan Terrace
Dededo, Guam 96913

For Plaintiffs
PEDRO P. AGRAVANTE, JR and
CORITA B. AGRAVANTE

FILED
DISTRICT COURT OF GUAM
JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR and<br>CORITA B. AGRAVANTE<br><br>Plaintiffs,<br><br>Vs.<br><br>JAPAN AIRLINES INTERNATIONAL<br>CO., LTD.,<br><br>Defendant<br>_____/ | CIVIL CASE NO. CV04-00036<br><br><br><br>DISCOVERY PLAN |

### DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.2, the parties agree to and hereby submit the following plan:

    A.    Depositions of facts witnesses may begin at once and be taken as needed, prior to the discovery

cutoff date. Some of the parties may call expert witnesses in this case.

    B.    Unless additional discovery is ordered by the Court, the parties also may propound not more than

25 interrogatories and requests for admissions. Unlimited request for production may be propounded.

RECEIVED
CARLSMITH BALL
DATE: 01/17/06  TIME: 8:58  Sw

Agravante, et al., vs. Japan Airlines International Co., Ltd., CV04-00036
Discovery Plan
December 2005

This discovery shall be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

    C.    The parties, except as otherwise noted, agree to provide all prediscovery and

preliminary discovery mandated by Local Rules and FRCP Rule 26 by May 4, 2006. Compliance with

mandatory disclosure as is set forth in Rule 26(a)(1) is on going.

    D.    Plaintiff will serve expert witnesses disclosure not later than July 13, 2006. Defendant will

serve expert witnesses rebuttal disclosures no later than 60 days after service of Plaintiffs' expert

disclosures. Defendant may also serve expert disclosures no later July 13, 2006 in which case Plaintiff shall

serve expert rebuttal disclosures 60 days thereafter.

    E.    The specific subjects on which discovery may be needed are:

    Facts supporting the nature of the claim and defenses.

    F.    Other than the provisos set forth above in item B. the parties do not anticipate requiring any other

Changes or limitations on discovery as imposed under the Federal and Local Rules.

    G.    The cutoff date for discovery is December 5, 2006.

2

Agravante, et al., vs. Japan Airlines International Co., Ltd., CV04-00036
Discovery Plan
December 2005

APPROVED AS TO FORM AND CONTENT:

                                PEDRO P. AGRAVANTE, JR., PRO SE

Dated: Jan. 17, 2006 .      BY: _____
                                PEDRO P. AGRAVANTE, JR
                                Plaintiff

                                PEDRO P. AGRAVANE, JR. and
                                CORITA B. AGRAVANTE

                                CARLSMITH BALL LLP

Dated: Jan. 17, 2006 .      BY: _____
                                DAVID P. LEDGER, ESQ.
                                Attorneys for Defendant
                                JAPAN AIRLINES INTERNATIONAL
                                  CO., LTD.

3.