GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| Pedro P. Agravante Jr., et al., <br><br> Plaintiff, <br><br> vs. <br><br> Japan Airlines International Co., Ltd.,, <br><br> Defendant. | Case No. 1:04-cv-00036 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order re Motion for Reconsideration filed January 26, 2006*
*Date of Entry: January 26, 2006*

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** January 27, 2006

Clerk of Court
**/s/ Mary L.M. Moran**