

**FILED**
DISTRICT COURT OF GUAM
JAN 27 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00036<br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE
(January 26, 2006, at 10:37 a.m.)

( ) FINAL PRETRIAL CONFERENCE     ( ) STATUS CONFERENCE

**Notes**: The Plaintiffs appeared *pro se*, and Attorney David Ledger appeared on behalf of the Defendant.

      Mr. Ledger submitted the original versions of the proposed Scheduling Order and Discovery Plan which he had signed to the Court. Mr. Ledger informed the Court and the Plaintiffs that he had inserted the word "alleged" to ¶1 of the proposed Scheduling Order. The Plaintiffs stated that they had no objection to the amendment.

      Judge Manibusan provided the parties with the appropriate dates and times needed in the parties' submissions. The parties had no objection to the dates and times provided. Thereafter, Judge Manibusan signed the Scheduling Order and Discovery Plan.

Judge Manibusan acknowledged that although the Scheduling Order indicated that there were presently no motions pending, the Court was aware of the fact that the Plaintiffs had just recently filed a motion for reconsideration of the Court's denial of their petition to disqualify Mr. Ledger from further representing Japan Airlines in this case. Judge Manibusan stated that he was still reviewing the motion and would advise the parties if further briefing or a hearing was necessary.

The conference concluded at 10:47 a.m.

Dated: January 27, 2006.

_____
**JUDITH P. HATTORI**
**Law Clerk**