# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

Pedro P. Agravante Jr., et al.,

        Plaintiffs,

vs.

Japan Airlines International Co., Ltd.,

        Defendant.

Case No. 1:04-cv-00036

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the Order re Motion for Reconsideration filed January 26, 2006 and Notice of Entry filed January 27, 2006, on the dates indicated below:

Pedro P. Agravante,  Jr. and Corita B. Agravante          Carlsmith Ball
January 27, 2006                                          January 27, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order re Motion for Reconsideration filed January 26, 2006 and Notice of Entry filed January 27, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 27, 2006                    /s/ Virginia T. Kilgore
                                      Deputy Clerk