CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



**FILED**
DISTRICT COURT OF GUAM

SEP - 1 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, | CIVIL CASE NO. CIV04-00036 |
| Plaintiffs, | |
| vs. | **DEFENDANT'S MOTION TO EXTEND SCHEDULING ORDER DEADLINES; MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF ELYZE J. MCDONALD; EXHIBITS A, B** |
| JAPAN AIRLINES INTERNATIONAL CO., INC., | |
| Defendant. | |

Defendant Japan Airlines International Co., Inc. moves the Court for an Order Extending

Scheduling Order Deadlines pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.5.

This motion is supported by the attached Memorandum and Declaration of Elyze J. McDonald,

and the records and files for this action.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.      <u>INTRODUCTION</u>**

Defendant moves to extend the expert disclosure deadlines because of the difficulty in

obtaining the data in this case for the experts to analyze.  In particular, Defendant requests that

the expert disclosure deadline be moved to October 31, 2006, and that expert rebuttal disclosures

4821-3767-8081.1.051729-00007

**ORIGINAL**

be made no later than November 14, 2006.

## II.   **BACKGROUND**

The Complaint, filed two years ago, concerns a flight that occurred four years ago, in July 2002. This case then faced several days, including the withdrawal of Plaintiff's counsel in September 2005, and proceedings initiated by Plaintiff to disqualify Defense counsel.

The Court signed the current Scheduling Order on January 26, 2006, which incorporated the Discovery Plan setting a deadline for both parties to serve expert disclosures on July 13, 2006, and to serve expert witness rebuttal disclosures on September 11, 2006. The discovery cutoff date in this case is December 5, 2006.

Both parties served expert witness disclosures on or before the July 13 deadline. McDonald Decl., ¶ 5; Exs. A, B. However, neither party has submitted expert reports or taken depositions of the opposition's experts. McDonald Decl., ¶ 5; Exs. A, B. On Defendant's side, JAL has faced difficultly in obtaining data for a flight that occurred more than four years ago. McDonald Decl., ¶ 6. In particular, flight data is usually purged within months after a flight. McDonald Decl., ¶ 6. It has therefore been difficult for JAL to find the data pertaining to the flight that is the subject of this lawsuit. McDonald Decl., ¶ 6. This is a particular problem for JAL in that the gist of Plaintiff's allegations is that the aircraft made an improper takeoff in terms of both speed and climb rate.

JAL requires extra time to locate data for its experts to analyze. McDonald Decl., ¶ 7. This data is important because, as noted above, Plaintiff claims that the flight began with a "static take-off," meaning that the plane set its brakes, ran the engine to a high power level, released the brakes and accelerated quickly. McDonald Decl., ¶ 7. Plaintiff then claims that this force threw him back against his chair and caused injuries to his back and neck. McDonald Decl., ¶ 7. JAL has been actively searching for data to demonstrate the nature of the flight's

take-off. McDonald Decl., ¶ 7. In addition, JAL has been researching its flight telemetry, which demonstrates the rate of climb for the particular flight from which the aircraft's take-off speed could be calculated. McDonald Decl., ¶ 8.

## III.    **LEGAL DISCUSSION**

Local Rule 16.5 states that a "deadline established by a Scheduling Order will be extended only upon a good cause finding by the Court." LR 16.5; *see also* Fed. R. Civ. P. 16(b). Furthermore, a "motion to extend the deadline in a Scheduling Order must demonstrate a specific need for the requested extension, and should be accompanied by a detailed proposed amendment to the previously entered Scheduling Order." LR 16.5.

An extension of the expert disclosure deadline is warranted in order to allow both parties more time to obtain data for the four year-old flight, and to allow its experts to analyze such data. If the Court allows the extension, the experts will then have the necessary data from which to furnish an opinion as to the nature of the flight's take-off and the link, if any, to Plaintiff's injuries. The data will be directly useful to the Court in evaluating the nature of Plaintiff's alleged injuries.

Furthermore, Plaintiff will suffer no prejudice because Plaintiff has not fully disclosed the opinions of his experts, nor has he scheduled depositions of Defendant's experts. Both parties have exercised diligence in divulging the identity of their respective experts, but require further time for their experts to provide opinions based on an analysis of the data that is continuing to be developed.

Finally, Defendant requests that the expert disclosure deadline be extended until October 31, 2006, and that expert rebuttal disclosures be extended until November 14, 2006. Both deadlines are within the discovery cut-off of December 5, 2006.

## IV.    **CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that the Court grant this

motion and extend the expert disclosure deadlines.

DATED: Hagåtña, Guam, September 1, 2006.

CARLSMITH BALL LLP


ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, | CIVIL CASE NO. CIV04-00036 |
| Plaintiffs, | |
| vs. | **DECLARATION OF ELYZE J. MCDONALD IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |
| JAPAN AIRLINES INTERNATIONAL CO., INC., | |
| Defendant. | |

I, ELYZE J. MCDONALD, declare under penalty of perjury that the following statements are true and correct:

1.    I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2.    I would testify competently as to these facts if called by the Court.

3.    I am licensed to practice law before all courts in Guam.

4.    I am an attorney for Defendant Japan Airlines International Co., Inc.

4821-3767-8081.1.051729-00007

5.      Both parties served expert witness disclosures on or before the July 13 deadline. However, neither party has submitted expert reports or taken depositions of the opposition's experts. Attached hereto as Exhibit A is a true and correct copy of Defendant's expert disclosures. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's expert disclosures.

6.      JAL has faced difficultly in obtaining data for a flight that occurred more than four years ago. In particular, flight data is usually purged within months after a flight. It has therefore been difficult for JAL to find the data pertaining to the four year-old flight that is the subject of this lawsuit.

7.      JAL requires extra time to locate data for its experts to analyze. This data is important because Plaintiff claims that the flight endured a "static take-off," meaning that the plane set its brakes, ran the engine to a high power level, released the brakes and accelerated quickly. Plaintiff then claims that this force threw him back against his chair and caused injuries to his back and neck. JAL has been actively locating data to demonstrate the nature of the flight's take-off.

8.      JAL has been researching its flight telemetry, which demonstrates the rate of climb for the particular flight from which the aircraft's take-off speed could be calculated.

DATED: Hagåtña, Guam, September 1, 2006.

_ELYZE J. MCDONALD_

ELYZE J. MCDONALD

# EXHIBIT
## "A"

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

*Pedro Agravante*

*8/21/06*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.<br><br>           Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>           Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S EXPERT WITNESS DISCLOSURES; DECLARATION OF SERVICE** |

Defendant Japan Airlines International Co., Ltd. hereby provides the following Expert Witness Disclosures.

1.      Applied Cognitive Sciences of Spokane, Washington, USA, through Richard T. Gill, Ph.D. Mechanical Engineering, will provide expert testimony regarding plaintiff's allegations that the so-called "static takeoff" allegedly utilized by the Japan Airlines flight deck crew caused plaintiff to sustain personal injury. Mr. Gill's CV and prior case list is attached.

**ORIGINAL**

2.      Dr. Peter E. Diamond, M.D. Honolulu Sports Medical Clinic, Inc., 932 Ward Avenue, Suite 460, Honolulu, Hawaii 96814, will provide expert medical testimony with regard to plaintiff's alleged personal injuries. Dr. Diamond's CV is attached.

DATED: Hagåtña, Guam, July 13, 2006

CARLSMITH BALL LLP

_Elyze McDonald_

DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 13th day of July 2006, I will cause to be served, via Certified Mail with Return Receipt Requested, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S EXPERT WITNESS DISCLOSURES; DECLARATION OF SERVICE upon Plaintiff at the following address:

Mr. Pedro P. Agravante, Jr.
Mrs. Corita B. Agravante
Post Office Box 22281
Guam Main Facility
Barrigada, Guam USA 96921

Executed this 13th day of July 2006 at Hagåtña, Guam.

_____
ELYZE McDONALD

Richard Thomas Gill
1935 Appaloosa Road
Moscow, Idaho 83843
Phone/Fax: (208) 882-7273
Birth Date: April 13, 1950

## LICENSE:

Board of Certification in Professional Ergonomics
      Certified Human Factors Professional, 1994-present
      License Number  0526, 1994

## EDUCATION:

University of Illinois
      Ph.D. in Mechanical Engineering, 1982
      Area of Specialization: Human Factors

Wright State University, 1978
      M.S. in Systems Engineering
      Area of Specialization: Human Factors

Massachusetts Institute of Technology
      1 year Graduate Study in Electrical Engineering, 1973

Wright State University
      B.S. in Systems Engineering, 1972

## ACADEMIC EXPERIENCE:

*Professor of Mechanical Engineering at the University of Idaho (1995-Present):*
Teaching responsibilities include human factors, math modeling, mechanics, and
statistics. Additional responsibilities include appointment as an adjunct professor in the
Department of Psychology and Director of Idaho Space Grant Consortium.

*Associate Professor of Mechanical Engineering at the University of Idaho (1990-1995):*
Teaching responsibilities include human factors, math modeling, mechanics, and
statistics. Additional responsibilities include appointment as an adjunct professor in the
Department of Psychology and Director of Idaho Space Grant Consortium.

1



## ACADEMIC EXPERIENCE: (Continued)

*Assistant Dean for the College of Engineering at the University of Idaho (1989-1990):* Administrative responsibilities included the overall administration of the Engineering Science curriculum, coordinating statewide off-campus programs, managing engineering cooperative education programs, and recruiting new students. Position also included teaching and research responsibilities.

*Assistant Professor of Mechanical Engineering at the University of Idaho (1987-1988):* This tenure track appointment was 65% Mechanical Engineering and 35% Engineering Sciences. Teaching responsibilities included math modeling, mechanics, statistics, and course development in human factors. Additional responsibilities included a position as an adjunct professor in the Department of Psychology to assist in the development of an interdisciplinary research laboratory and graduate program in human factors.

*Assistant Professor of Engineering Science at the University of Idaho (1984-1987):* This tenure track appointment was 50% in the Engineering Science Department and 50% in the Mathematics and Applied Statistics Department. Teaching responsibilities included courses in engineering mechanics, applied probability and statistics, and developing a course in human factors in engineering design. Additional responsibilities included helping staff the Statistical Consulting Center.

*Assistant Professor of Engineering at Wright State University (1980-1984):* Served as Program Director for the Human Factors Engineering Program. Teaching responsibilities included engineering statics, engineering dynamics, human factors engineering, senior seminar, and systems approach to human factors. Also held a joint appointment with the WSU School of Professional Psychology where the primary responsibility was to assist in the development of a Doctor of Psychology degree in Human Factors.

*Tutor for the State of Ohio (1978):* Worked as a personal tutor for individual college students being rehabilitated from mental illnesses.

*Student Tutor (1969-1972):* Worked as a tutor for Wright University, Dean of Students Office. Tutored courses in Mathematics and Physics.

## PROFESSIONAL EXPERIENCE:

*Engineering Consultant for Applied Cognitive Sciences (1983-Present):* I have worked as an expert witness, for both the plaintiff and defense, on over 500 legal cases nationwide. I have been qualified as an expert in human factors, accident reconstruction, mechanical engineering, safety engineering, and risk management. Work has also included contracts from U.S. government agencies (USAF Aeromedical Research Laboratory and Idaho National Engineering Laboratory) as well as private industry (Arvin Industries, The Vendo Corporation, Key Tronic Corporation, Port Townsend Paper, and Hewlett Packard).

## PROFESSIONAL EXPERIENCE: (Continued)

*Research Scientist for the USAF Office of Scientific Research (1983):* This was an appointment at the USAF Aeromedical Research Laboratory. The work focused on assessing the relationship between acceleration-stress and pilot workload. In addition, I also worked on a project concerning the effects of high-onset rates of acceleration on pilot performance.

*Graduate Research Assistant at the University of Illinois (1978-1981):* Responsibilities included the conception and formulation of various research projects in the fields of Engineering Psychology and Mechanical Engineering.

*Human Factors Engineer for the United States Air Force Human Resources Laboratory (1976-1978):* Worked concurrently in two major fields: (1) visual simulation and (2) motion and force simulation. This included conducting in-house research as well as serving as program manager for externally conducted research.

*Electronics Engineer for the United States Air Force Foreign Technology Division (1974-1976):* Position required a Top Secret security clearance. The work involved the selection and analysis of intelligence data to predict foreign military trends and capabilities.

*Process Control Engineer for Industrial Nucleonics Corporation (1973-1974):* Worked on the development of an infra-red moisture gauge to allow real-time computer control for tobacco dryers. Responsibilities included the development of a calibration technique and system installation at an operational site.

*Computer Operator for Synergy, Inc. (1970-1972):* Operated a CDC 6600 Computer at Wright Patterson Air Force Base while attending undergraduate school.

## HONORS AND AWARDS:

University of Idaho College of Engineering Outstanding Academic Advisor, 1998.

University of Idaho College of Engineering Outstanding Senior Faculty, 1996.

University of Idaho Alumni Award for Excellence, 1994.

American Society for Engineering Education Centennial Certificate Awardee, 1993.

Best Paper Award from American Society for Engineering Education Regional Conference, 1991.

ASUI Outstanding Faculty Award, 1991.

University of Idaho Alumni Award for Excellence, 1988.

3

## HONORS AND AWARDS: (Continued)

Recipient of the New Engineering Educator Excellence Award from American Society for Engineering Education, 1987.

Recipient of the Dow Outstanding Young Faculty Award from the American Society for Engineering Education, 1986.

Selected as an S.C.E.E.E. fellow for the Air Force Office of Scientific Research Summer Faculty Research Program, 1983.

Graduated first in class at the University of Illinois (GPA 5.0 out of 5.0), 1981.

Member of Tau Beta Pi National Engineering Honor Society, 1979.

Recipient of the "Science and Engineering Career Motivation Award" which is given annually by the Dayton Board of Education, 1978.

Graduated first in class at Wright State University (GPA 4.0 out of 4.0), 1978.

Awarded National Science Foundation Traineeship to Massachusetts Institute of Technology, 1972.

Graduated first in class at Wright State University, summa cum laude (GPA 3.9 out of 4.0), 1972.

W.S.U. Foundation Scholarship, 1972.

W.S.U. Foundation Scholarship, 1971.

Golding Award (Outstanding Junior Engineer) at Wright State University, 1971.

## PUBLICATIONS:

Gill, R., and Gordon, S.  Cognitive Task Analysis.  In C. Zsambok and G.  Kline (Eds.), Naturalistic Decision Making, pp. 131-140, Lawrence Erlbaum Associates, 1997.

Gill, R.  Towards Protection from Cumulative Trauma Disorder Litigation.  Advances in Industrial Ergonomics and Safety VII, Taylor and Francis, Ltd., 1996.

Gill, R., Gordon, S., McGehee, D., and Dean, S. Integrating Cursor Control into the computer Keyboard. In Human Factors Perspectives on Human-Computer Interaction: Selections from Human Factors and Ergonomics Society Annual Meeting Proceedings, 1983-1994, Human Factors Society, 1995.

Gill, R., Gordon, S., and Babbitt, B.  Embedding Intelligent Tutoring into Real Time Simulation.  Proceedings of the Eighth Symposium on Aviation Psychology, 1995.

4

## PUBLICATIONS: (Continued)

Babbitt, B., Bell, H., Crane, P., Sorensen, H., Gordon, S., and Gill, R. Intelligent Tutoring System: F-16 Flight Simulation. Proceedings of the 1994 American Institute of Aeronautics and Astronautics (AIAA) Computing in Aerospace Conference, 1994.

Gill, R. A Comprehensive Evaluation of Warning Label Design. In K. Laughery, M. Wogalter, and S. Young (Eds.), Human Factors Perspectives on Warnings, pp. 50-52, Human Factors and Ergonomics Society, 1994.

Gill, R., and Gordon, S. Conceptual Graph Analysis: A Tool for Curriculum Development, Instructional Design, and Trainee Evaluation. Proceedings of the 1993 Interservice/Industry Training Systems and Education Conference, pp. 861-870.

Gordon, S. E., Schmierer, K. A., and Gill, R. T. Conceptual Graph Analysis: Knowledge Acquisition for Instructional System Design. Human Factors, 35, pp. 459-482, 1993.

Gordon, S. E., and Gill, R.T. Knowledge Acquisition with Question Probes and Conceptual Graph Structures. In T. Lauer, E. Peacock, and A. Graesser (Eds.), Questions and Information Systems, pp. 29-46. Hillsdale, N J: Lawrence Erlbaum Associates, 1992.

Gill, R., Gordon, S., McGehee, D., and Dean, S. Integrating Cursor Control into the Computer Keyboard. Proceedings of the Human Factors Society's 35th Annual Meeting, Vol. 1, pp. 256-260, 1991.

Gill, R., Dingus, T. Human Factors and Engineering Design High School Summer Workshop. Proceedings of the Human Factors Society's 34 Annual Meeting, Vol. 1, pp. 522-524, 1990.

Dingus, T., Gordon, S., and Gill, R. A New Program for the Remote Training of Human Factors Professionals. Proceedings of the Human Factors Society's 34 Annual Meeting, Vol. 1, pp. 534-538, 1990.

Gill, R., and Stauffer, L. Developing Appropriate Evaluation Criteria for Assessing the Value Added by Mechanical Engineering Education Programs. Proceedings of the 1989 American Society for Engineering Education Annual Conference, Vol. 3, pp. 1263-1265, 1989.

Gordon, S., and Gill, R. Question Probes: A Structured Method for Eliciting Declarative Knowledge. AI Applications in Natural Resource Management, Vol. 3, pp. 13-20, 1989.

Gill, R. Mail-order Errors: The Role of Human Factors. Dickinson's PSAO, Vol. 3, No. 12, pp. 6-7, Dec. 1988.

Christensen, J., Topmiller, D. and Gill, R. Human Factors Definitions Revisited. Human Factors Bulletin, pp. 7-8, Oct. 1988.

5


## PUBLICATIONS: ( Continued)

Dingus, T., Hyde, R., Hyde, T., Frame, M. and Gill, R. The Speed and Accuracy of a Spatial Communication Task as a Function of Operator Location. <u>Proceedings of the 21 st Annual Meeting of the Human Factors Association of Canada</u>.

Gill, R., Gordon, S., Moore, J. and Barbera, C. The Role of Knowledge Structures in Problem Solving. <u>Proceedings of the 1988 American Society for Engineering Education Annual Conference</u>, Vol. 2, pp. 583-90, 1988.

Junker, A., Levison, B. and Gill, R. A Systems Engineering Based Methodology for Analyzing Human Electrocortical Responses. AFAMRL Technical Report AAMRL-TR-87-030, May 1987.

Gill, R., Barbera, C. and Precht, T. A Comparative Evaluation of Warning Label Designs. <u>Proceedings of the Human Factors Society's 31 st Annual Meeting</u>, Vol. 1, pp. 476-78, 1987.

Gordon, S., Gill, R., and Dingus, T. Designing for the User: The Role of Human Factors in Expert System Development. <u>Artificial Intelligence Applications in Natural Resource Management</u>, Vol. 1, No. 1, pp. 35-46, 1987.

Gill, R. The Need for Human Factors in the Design of Expert Systems. <u>Proceedings of the 1987 Frontiers in Education Conference</u>, 1987.

Gill, R., and Dingus, T. A Structural Approach to Teaching Relative Motion. <u>Proceedings of the 1987 American Society for Engineering Education Annual Conference</u>, Vol. 4, pp. 1806-08, 1987.

Barbera, C. and Gill, R. Human Factors in Warning Label Design. <u>Proceedings of Interface 1987</u>.

Gill, R., Kenner, K. and Junker, A. Steady State EEG as A Measure of Peripheral Light Loss. <u>Proceedings of the Human Factors Society's 30th Annual Meeting</u>, Vol. 2, pp. 1249-52, 1986.

Kenner, K., Junker, A. and Gill, R. Visual Evoked Response in the Periphery, The Beginnings of an Objective Measure of G-Induced PLL. <u>Proceedings of the National Aerospace and Electronics Conference</u>, Vol. 3, pp. 909-12, May 1986.

Gill, R., and Albery, W. The Effects of Acceleration Stress on Human Workload and Manual Control. <u>Proceedings of the 21st Annual NASA Conference on Manual Control</u>, 1985.

Albery, W., Ward, S. and Gill, R. Effects of Acceleration Stress on Human Workload. AFAMRL Technical Report AAMRL-TR-85-039, 1985.

## PUBLICATIONS: (continued)

Gill, R., and Gordon, S. The Effectiveness of Group Projects in Teaching Engineering Mechanics. _Proceedings of the 1984 American Society for Engineering Education_, 5(5), pp. 27-33, 1984.

Gill, R., Obleski, M. Gordon, S. and Albery, W. The Effects of Acceleration on Cognitive Processing. _Proceedings of Mid-Central Ergonomics/Human Factors Conference_, April 1984.

Gill, R. Pilot Workload and G-Stress: A Potential Interaction? USAF Summer Faculty Research Program - Final Reports. Published by Southeastern Center for Electrical Engineering Education, December 1983.

Pierce, B., Obleski, M. and Gill, R. Human Factors in Aerospace: A Student Chapter Project. _Human Factors Bulletin_, April 1983.

Gill, R., and Wickens, C. Operator Workload as a Function of the System State. _Proceedings of the 18th Annual NASA Conference on Manual Control_, 1982.

Gill, R., Wickens, C., Reid, R. and Donchin, E. Pseudo-Quickening: A New Display Technique for Manual Control of Higher Order Systems. _Proceedings of the Human Factors Society's 26th Annual Meeting_, 1982.

Gill, R., Wickens, C., Donchin, E. and Reid, R. The Internal Model as a Means of Analyzing Human Performance. _Proceedings of the 1982 I.EE.E. International Conference on Systems, Man and Cybernetics_, 1982.

Hull, J., Gill, R. and Roscoe, S. Locus of Stimulus to Visual Accommodation: Where in the World, or Where in the Eye? _Human Factors_, 24, pp. 311-19, 1982.

Wickens, D., Gill, R., Kramer, A., Ross, W. and Donchin, E. The Cognitive Demands of Second Order Manual Control: Applications of the Event-Related Brain Potential. _Proceedings of the 17th Annual NASA Conference on Manual Control_, NASA TM, 1981.

Ritchie, M., Gill, R. and Jankowski, R. The Education and Placement of Human Factors Engineers. _Proceedings of the North Central Section, American Society for Engineering Education_, Dayton, OH, pp. 82-87, April 1981.

Albery, W., and Gill, R. Development and Validation of Drive Concepts for an Advanced G-Cueing System. _Proceedings of the 1978 American Institute of Aeronautics and Astronautics_, 1978.

7

# PRESENTATIONS

Gill, R. Industrial Funding Support for K-12 Programs. Panel discussant for the Annual Meeting of Space Grant Directors, April 1997.

Gill, R. Human Factors in Forensic Investigations. Invited address at Society of Forensic Engineers and Scientists Meeting, August 1996.

Barnes, T., Hodge, J., and Gill, R. Design and Fabrication of an Integrated Cystic Fibrosis Treatment System. Presented at the 1996 Idaho Academy of Science Meeting.

Gill, R. Technology and Its Impact on Society. Invited address at the Fourteenth Annual International Exchange Conference, Lewis-Clark State College, October 1994.

Gill, R., and Lewis, V. Towards Improved College Teaching: A Preliminary Report. Presented at the American Society for Engineering Education Pacific Northwest Section Annual Regional Meeting, April 1992.

Elger, D., and Gill, Modeling the Problem Solving Process Used by an Expert. Presented at the American Society for Engineering Education Pacific Northwest Section Annual Regional Meeting, April 1992.

Gill, R. High School Summer Workshops: An Effective Recruitment Technique. Presented at the American Society for Engineering Education Pacific Northwest Section Annual Regional Meeting, April 1991.

Elger, D., and Gill, R. A Goal for Engineering Education: The Ideal Engineer. Presented at the American Society for Engineering Education Pacific Northwest Section Annual Regional Meeting, April 1991.

Carson, B., and Gill, R. The Human Factors Element in Engineering Design. Presented at the 1989 Idaho Academy of Science.

Simon, A., Imthurn, J., Polillo, S. and Gill, R. The Role of Human Factors in Engineering Design: A Case Study of an Industrial Paper Winder. Presented at the 1987 Idaho Academy of Science.

Gill, R. The Role of Human Factors in Operator Workstation Design. Invited Presentation at the 1986 PCAPPA.

Gill, R., and Mau, C. The Feasibility of Using EEG to Measure Peripheral Light Loss. Presented at the Annual Western Psychological Association Meeting, 1986.

Gill, R., Ward, S. and Albery, W. The Comparison of Subjective and Objective Workload Measures for Humans Under Acceleration Stress. Presented at the 1984 National Aerospace and Electronics Conference, May 1984.

8

## PRESENTATIONS (Continued)

Gordon, S., and Gill, R. A New Technique for Assessing Cognitive Processing Capabilities. Presented at the Annual Meeting of the Ohio Academy of Science, April 1984.

Richard, M., Rice, S. and Gill, R. The Improvement of a Ballistics Test Range Control Panel Via Human Factors Engineering. Presented at the Annual Meeting of the Ohio Academy of Science, April 1984.

Peters, R., Gill, D., Pasquini, L. and Gill, R. Human Factors Critique and Redesign of a Jet Engine Control Panel. Presented at the Annual Meeting of the Ohio Academy of Science, April 1984.

Gill, R. Improved Quickened Displays. Presented at the Annual Meeting of the Ohio Academy of Science, April 1983.

Julien, J., Click, A., Sanders, S., Scandura, L. and Gill, R. Human Factors Critique and Design of a Hydraulic Systems Test Stand. Presented at the Annual Meeting of the Ohio Academy of Science, April 1983.

Ingle, D., Dabney, G., Scherty, K. Beckett, T. and Gill, R. A Human Factors Critique of an Industrial Sewer Cleaner. Presented at the Annual Meeting of the Ohio Academy of Science, April 1983.

Gill, R. The Role of Human Factors at Three Mile Island. Invited presentation by the Southern Ohio Chapter of the Human Factors Society, October 1982.

Gill, R. Human Factors in Education. Invited presentation by the Dayton Chapter of the I.E.E.E., October 1980.

Gill, R., Ross, T. and Albery, W. An Advanced Acceleration Simulation Device for the Flight Simulators. Presented at the Dayton-Cincinnati AIAA Mini-Symposium, 1978.

## PROFESSIONAL ACTIVITIES:

Member of Human Factors Society
Member of Society of Forensic Engineers and Scientists
Member of American Society for Testing and Materials
Member of American Society for Engineering Education

Certified Human Factors Professional

Reviewer for Human Factors
Reviewer for Engineering Education

9

## GRANTS AND CONTRACTS:

Transforming Engineering Consulting into Engineering Case Studies, University of Idaho, $35,000, Sabatical, 1999-2000.

Idaho Space Grant Consortium, NASA, $256,500, Director, 1999.

NASA Experimental Program to Stimulate Competitive Research, $225,000, State-wide Director, 1999.

Idaho Space Grant Consortium, NASA, $256,000, Director, 1998.

Idaho Space Grant Consortium, NASA, $255,000, Director, 1998.

Idaho Total Engineering Challenge, Lockheed Martin Aerospace Corporation, $5,000, Principal Investigator, 1997.

Idaho Space Grant Consortium, NASA, $255,000, Director, 1997.

Idaho Space Grant Consortium, NASA, $230,000, Director, 1996.

Summer Institute for Engineering Educators on Curriculum Design and Implementation for Interactive Teaching/Learning, University of Idaho Office of Teaching Enhancement, $2,500, Co-principal Investigator, 1995.

Idaho Space Grant Consortium, NASA, $230,000, Director, 1995.

Evaluation of an F-16 Intelligent Tutoring System, Northrop Corporation, $37,600, Co-principal Investigator, 1994.

JETS Summer Workshop, US Department of Energy, $1,400, Co-principal Investigator, 1993.

Workstation and Hand Tool Design for Disk Drive Assembly, Hewlett Packard, $5,000, Co-principal Investigator, 1993.

Analysis of a Disk Drive Arm Assembly Line Process, Hewlett Packard, $2,000, Co-principal Investigator, 1992.

Multimedia for Enhanced Undergraduate Education, University of Idaho Office of Academic Affairs and IBM, $81,000, Co-principal Investigator, 1991.

JETS Summer Workshop, US Department of Energy, $9,000, Co-principal Investigator, 1991.

Analysis of a Paper Winder Safety Gate, Port Townsend Paper, $2,500, Co-principal Investigator, 1991.

Keymouse Configuration and Design, Key Tronic Corporation, $6,700,

10

Co-principal investigator, 1990.

Keymouse Usability, Key Tronic Corporation, $18,900, Co-principal investigator, 1990.

**GRANTS AND CONTRACTS: (Continued)**

JETS Summer Workshop, US Department of Energy, $9,000, Principal investigator, 1990.

Mapping Knowledge in Declarative and Procedural Structures, Idaho State Board of Education, $35,000, Co-principal investigator, 1990.

JETS Summer Workshop, US Department of Energy, $22,000, Principal investigator, 1990.

A Program to Test and Evaluate Equipment for the Disabled, University of Idaho Research Office, $7,000, Co-principal investigator, 1989.

Research Experience for Undergraduates, National Science Foundation, $4,000, Co-principal investigator, 1989.

Stressor Interaction Assessment, Boeing Military Aircraft Corporation, $21,600, Co-principal investigator, 1989.

Design and Evaluation of a Vending Machine Retrofit System, The Vendo Company, $20,400, Principal investigator, 1988.

A Structural Technique for Evaluating Design Tools, National Science Foundation, $60,000, Co-author and consultant, 1988.

Formations and Use of Conceptual Structures in Problem Solving Domains, Air Force Office of Scientific Research, $79,200, Co-principal investigator, 1988.

Software Interface Design for Asynchronous Computer Conferencing, EG&G of Idaho, $12,800, Co-principal investigator, 1987.

Techniques for Augmenting the Communication of Spatial Information, Boeing Military Aircraft Company, $15,000, Co-principal investigator, 1987.

Evaluation of Warning Label Effectiveness, Arvin Industries, $1,400, principal investigator, 1986.

A Structured Approach for Developing an Effective Teaching Methodology for Problem Solving: A Case Study, American Society for Engineering Education, $1,500, principal investigator, 1986.

The Development of an Innovative Technique for Using Personal Computers to Aid in Teaching Deaf People to Speak, University of Idaho Seed Grant, $3,300, principal investigator, 1986.

11

## GRANTS AND CONTRACTS: (Continued)

The Development of a Steady State EEG Measure of Acceleration Induced Peripheral Light Loss, United States Air Force Aerospace Medical Research Laboratory, Human Engineering Division, $7,100, principal investigator, 1985.

The Feasibility of Using Electroencephalograms to Measure Acceleration Stress, United States Air Force Aerospace Medical Research Laboratory, Human Engineering Division, $14,000, principal investigator, 1984.

The Effects of Acceleration Stress on Cognitive Workload, United States Air Force Aerospace Medical Research Laboratory, Biomechanics Division, $35,000, principal investigator, 1984.

Case 1:04-cv-00036     Document 41     Filed 09/01/2006     Page 22 of 32



**Applied Cognitive Sciences**
Human Factors
Engineering

A CONSULTING GROUP

### Sworn Testimony for Dr. Richard Gill, CHFP
### As March 20, 2000

**2000:**
Trials:
1. Green vs. Pacific Whale Foundation; Lanai, Maui, Hawaii
2. Egersdorf vs. Interstate Brand; Twin Falls, Idaho

Depositions:
1. Jones vs. Renner; Cody, Wyoming
2. Potter vs. Gannett; Honolulu, Hawaii
3. Carlson vs. Big Island Foods; (Binding Arbitration Testimony); Kona, Hawaii
4. Koki vs. State of Hawaii; Honolulu, Hawaii
5. Woodburn vs. Manco; Boise, Idaho
6. Brown vs. Sauer; Oakland, California
7. Moradi vs. Flame Control; San Francisco, California
8. Egersdorf vs. Interstate Brands; Twin Falls, Idaho
9. Plummer vs. Dempster, Inc.; Anchorage, Alaska
10. Walker vs. St. Alphonsus; Boise, Idaho
11. Evinger vs. BNSF, Volume 1; Ponca City, Oklahoma
12. Kelly vs. Tindall; Grasmere, Idaho
13. Evinger vs. BNSF, Volume 2; Ponca City, Oklahoma
14. Shimazu vs. Kyo Ya LTD; Wikiki, Hawaii

**1999:**
Trials:
1. Murphy vs. Keller Ladder; Spokane, Washington
2. Chivers vs. Las Vegas Hilton; Las Vegas, Nevada
3. Dexheimer vs. Guthrie; Spokane, Washington
4. Huff vs. Royal Cake; Ellensburg, Washington
5. Garnick vs. Teton County School District; Jackson Hole, Wyoming
6. Engle vs. Clearwater County; Orofino, Idaho

Case 1:04-cv-00036    Document 41    Filed 09/01/2006    Page 23 of 32

Depositions:
1. Mainprize vs. Hotel Pacific; Kauai, Hawaii
2. Howard vs. State of Hawaii; Kauai, Hawaii
3. Rudolph vs. Silver State Disposal; Las Vegas, Nevada
4. Patrick vs. Emro Marketing; Indianapolis, Indiana
5. Nunez vs. Jaminet; Honolulu, Hawaii
6. Engle vs. Clearwater County, Idaho; Moscow, Idaho
7. Steiner vs. Conrail Volume I; Minneapolis, Minnesota
8. Miller vs. Jackson Hole Ski Corporation; Jackson Hole, Wyoming
9. Steiner vs. Conrail Volume II; Minneapolis, Minnesota
10. Ada County vs. Capps; Boise, Idaho
11. Rivera vs. C & W Railroad; Pueblo, Colorado
12. Lind vs. Queen's Hospital; Honolulu, Hawaii
13. Holland vs. Avilla; (Binding Arbitration Testimony); Honolulu, Hawaii
14. Nanez vs. Jack's & Accessories, et al; San Francisco, California
15. Patres vs. Hatco; San Francisco, California
16. Huff vs. Royal Cake; Spokane, Washington
17. Dexheimer vs. Guthrie; Spokane, Washington
18. Garnick vs. Teton County School District; Jackson, Wyoming
19. Oriold vs. Champion Trailer; Cleveland, Ohio
20. Mongeon vs. Chuck's Steak House; Honolulu, Hawaii
21. Rudd vs. McDonald's; (Binding Arbitration Testimony); Honolulu, Hawaii
22. Luyt vs. Volvo; Honolulu, Hawaii
23. De Clue vs. Redding Trucking, et al; Modesto, California
24. Lynch vs. Thaxton, Inc. et al; Wilmington, Delaware
25. Patterson vs. Albertson's; Spokane, Washington
26. Carr vs. Lipton et al; Santa Cruz, California
27. Carlson vs. McDonalds; Kona, Hawaii
28. Sundh vs. Boise City Canal Company; Boise, Idaho
29. Stacey vs. PTI Inc.; Sacramento, California
30. Murphy vs. SIA Security; Sacramento, California

**1998:**
Trials:
1. Molinar vs. Schweizer; Honolulu, Hawaii
2. Lewis vs. State of Hawaii; Honolulu, Hawaii
3. Kaban & Minc vs. U.S. National Park Services; Hilo, Hawaii

Depositions:
1. Shao Li vs. Lori Lum; Honolulu, Hawaii
2. Molinar vs. Schweizer; Honolulu, Hawaii
3. Block Vs. Ocean Sports Vol. II, Honolulu, Hawaii
4. Perasso vs. Kmart; Honolulu, Hawaii
5. Kamisato vs. Hawaii Kai Shopping Center; Honolulu, Hawaii
6. Jackson vs. Latini; New Orleans, Louisiana

7. Chivers vs. Hilton Vol. 1; Las Vegas, Nevada
8. Stringam vs. Gold Star Ambulance; Salt Lake City, Nevada
9. Bailey vs. Universal Gym Equipment; Honolulu, Hawaii
10. Cole vs. Boise Cascade; Boise, Idaho
11. Coon vs. Flamingo Hilton; Las Vegas, Nevada
12. Chivers vs. Hilton Vol. 2; Las Vegas, Nevada
13. Swift vs. Nava; Chicago, Illinois
14. Gibo vs. Uhsul; Honolulu, Hawaii
15. Takahashi vs. Leahi Hospital; Honolulu, Hawaii
16. Clason vs. County of Hawaii; Hilo, Hawaii
17. Lewis vs. State of Hawaii, Volumes 1,2, & 3; Honolulu, Hawaii
18. Maynard vs. Ferno; Quincy, Washington
19. Slike vs. A&W, et al; Sun Valley, Idaho
20. Ruth vs. Maui Downhill; Lahina, Hawaii
21. Dexheimer vs. CDS; Spokane, Washington
22. Delepine vs. Moore Construction; Coeur d'Alene, Idaho
23. Prater vs. Gilliam Sanitation; St Louis, Missouri
24. Escutia vs. Caesar's Palace et al; Las Vegas, Nevada
25. Mainprize vs. Pacific Hotel Corporation; Honolulu, Hawaii (records depo)

## 1997:
Trials:
1. Knudson vs. Vale Irrigation District Vale, Oregon
2. Tyrell vs. Karcher Mall; Caldwell, Idaho
3. Gomez vs. Jackson's Texaco; Boise, Idaho
4. Motu vs. State of Hawaii; Honolulu, Hawaii
5. Smith vs. Gold Star Ambulance; Salt Lake City, Utah

Depositions:
1. Thompson vs. Klahr & Klahr; Boise, Idaho
2. Block vs. Ocean Sports; Honolulu, Hawaii
3. Souza vs. Gaspro; Honolulu, Hawaii
4. Samuels vs. MART Corporation; Walnut Creek, California
5. Love vs. Milborne; Boise, Idaho
6. Quitiqua vs. Certified Management; Honolulu, Hawaii
7. Smith vs. Gold Star Ambulance; Salt Lake City, Utah
8. Bick vs. West One Bank; Boise, Idaho

## 1996:
Trials:
1. Pate vs. Columbia Machine; Boise, Idaho
2. Fraser Shipyard vs. Simon Aerials; Minneapolis, Minnesota

Depositions:
1. Briggs vs. American Timber; Missoula, Montana
2. Trujillo vs. Coconut Market Place; Kapea, Kauai, Hawaii
3. Pate vs. Columbia Machine; Boise, Idaho
4. Fraser Shipyard vs. Simon Aerials; Minneapolis, Minnesota
5. Sakamaki vs. Waterfront Management; Honolulu, Hawaii
6. Galvin vs. Meridian School; Boise, Idaho
7. Ranke vs. Hyatt, Honolulu, Hawaii

**1995:**

Trials:
1. Benear vs. Cultrin; Caldwell, Idaho

Depositions:
1. Rinner vs. Arrizabalaga; Mountain Home, Idaho
2. Burian vs. Towmasters; Honolulu, Hawaii
3. Garrido vs. Ing Trust; Honolulu, Hawaii
4. Cordero vs. State of Hawaii; Honolulu, Hawaii
5. Van Slooten vs. Skateworld; Boise, Idaho
6. Bogush vs. USA; Honolulu, Hawaii
7. McGee vs. J.D. Lumber; Sandpoint, Idaho

Workers Compensation Hearings:
1. McGee vs. J.D. Lumber; Sandpoint, Idaho

**1994:**

Trials:
1. Thomas vs. Blue Ribbon Painting; Boise, Idaho

Depositions:
1. Krahn vs. Jones Investment; Post Falls, Idaho
2. Tresco vs. USA; Butte, Montana
3. Lawson vs. MTL; Honolulu, Hawaii

Workers Compensation Hearings:
1. Domain vs. Associated Loggers; Lewiston, Idaho
2. Figelski vs. Idaho National Engineering Laboratory; Idaho Falls, Idaho

**Specialties**
General Medicine
Internal Medicine
Occupational Medicine
Orthopaedics
Sports Medicine

**Services** –
Arthroscopic Surgery
General Orthopaedic Surgery
Independent Medical Evaluations
Independent Record Reviews
Record Summarization
Case Merit Analysis
Expert Testimony
Impairment Ratings



# HONOLULU SPORTS MEDICAL CLINIC. INC.

Honolulu Club Building
932 Ward Ave. Suite 460
Honolulu, Hawaii 96814
Tel (808) 521-6564
Fax (808) 521-1173

**CHET NIERENBERG, M.D.**
**ROBERT SMITH, M.D.**
**PETER DIAMOND, M.D.**
**JAMES SCOGGIN III, M.D.**
**CLARISSA BURKERT, M.D.**
**GEORGE SEBERG, M.D.**
**JON H. SCARPINO, M.D.**

## CURRICULUM VITAE

## PETER E. DIAMOND, M.D.

BORN:                    March 2, 1947   New Haven, Connecticut

LICENSURE:          Pennsylvania  #M0016046D
                            Hawaii         #3536

EDUCATION:          Dartmouth College, Hanover, New Hampshire,
A.B., 1968

                            University of Cincinnati, Cincinnati, Ohio, M.D., 1973

CERTIFICATION:    American Board of Orthopaedics, 1981

                            American Board of Independent Medical Examiners, 2002

PROFESSIONAL TRAINING:

        INTERNSHIP:    Medical Center Hospital of Vermont
                               Burlington, Vermont  1973 - 1974



RESIDENCIES: University of Pittsburgh
Pittsburgh, Pennsylvania  1974 - 1978

FELLOWSHIPS: University of Hong Kong, 1978 - 1979
Children's Orthopedics,
Duchess of Kent Children's Hospital
12 Sandy Bay Road, Hong Kong

MEDICAL ACTIVITIES:

Maui Medical Group, Wailuku, Maui, Hawaii,
Private practice,  1979 - 1985

Maui Memorial Hospital, Wailuku, Maui, Hawaii,
Active staff,  1979 - 2002

Chief of Staff, Maui Memorial Hospital,  1984 - 1985

The Honolulu Medical Group,  1985 - 1994

The Honolulu Sports Medical Clinic,  1994 - present

The Queen's Medical Center - Active staff

Member, Hawaii Orthopaedic Association

Member, Pan Pacific Surgical Association

PUBLICATIONS:

McMasters, J.; Scranton, P.; Diamond, P., *"Hormone Effects on DNA Synthesis in Cultered Chroncrocyte and Osteosarcoma Cell Lines"*, Clinical Orthopaedics, Vol. 112, pp 340 - 48, 1975.

Diamond, P.; McMasters, J., *"Tackler's Exostosis"*, Journal of Sports Medicine, Vol. 3, pp 238 - 42, 1975.

Goodman, M.; Diamond, P.; et al., *"Metabolic and Endocrine Alterations in Osteosarcoma Patients"*, Management of Primary Bone and Soft Tissue Tumors, Year Book Medical Publishers, Inc., pp 205 - 18, 1977.

Chan, K.M., Diamond, P.E.; Law, C.K.; Hsu, S.; Laung, P.C.; So, S.Y.; Wang, R., *"A Sports Medicine Research on the Epic Beijing to Hong Kong Super-Marathon"*. Presented to the Olympic Scientific Congress, Eugene, Oregon, 1984.

# EXHIBIT
## "B"

PEDRO P. AGRAVANTE, JR.  Pro se
and CORITA B. AGRAVANTE  Pro se
213 Calamendo street, Liguan Terrace
P.O. Box 22281
GMF, Guam 96921
Telephone no. (671) 788-7291
Work Phone no, (671) 646-8453/4537


IN THE DISTRICT COURT OF GUAM


| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and<br>CORITA B. AGRAVANTE | CIVIL CASE NO.04-00036<br>PLAINTIFF'S EXPERT WITNESS<br>DISCLOSURE;<br>DECLARATION OF SERVICE |
|            Plaintiff | |
| vs. | |
| JAPAN AIRLINES INTERNATIONAL<br>CO., LTD. | |
|            Defendant | |
| _____/ | |


Plaintiffs' provide the following expert witness mandatory disclosure as set forth in Rule 26(a)(1).

CAPTAIN ANTONIO B. TUANO
139 N. Mansanita Court, Liguan Terrace
Dededo, Guam 96913
Telephone no. (671) 632-1920
Work Phone (671) 472-8009


DATED:  Hagatna, Guam July 17, 2006.


_____
PEDRO P. AGRAVANTE, JR.
Plaintiff

RECEIVED
CARLSMITH BALL
DATE: 07.17.06   TIME: 2:34pm

## DECLARATION OF SERVICE

I, Pedro P. Agravante, Jr., hereby declare under penalty of perjury of the laws of the United Sates, that on the 17th of July 2006, I have served via Hand Delivery, a true and correct copy of PLAINTIFF'S EXPERT WITNESS DISCLOSURE; DECLARATION OF SERVICE upon Defendant at the following address:

JAPAN AIRLINES INTERNATIONAL CO., LTD.,
C/O CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910
Telephone no. (671) 472-6813

Executed this 17th day of July 2006 at Hagatna, Guam.

PEDRO P. AGRAVANTE, JR.
Plaintiff