CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM

SEP - 1 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE. <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. CIV04-00036 <br><br> **DECLARATION OF SERVICE** |

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 1st day of September 2006, I will cause to be served, via Certified Mail with Return Receipt Requested, a true and correct copy of DEFENDANT'S MOTION TO EXTEND SCHEDULING ORDER DEADLINES; MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF ELYZE J. McDONALD; EXHIBITS A, B upon Plaintiff at the following address:

**ORIGINAL**

Mr. Pedro P. Agravante, Jr.
Mrs. Corita B. Agravante
Post Office Box 22281
Guam Main Facility
Barrigada, Guam USA 96921

Executed this 1st day of September 2006 at Hagåtña, Guam.

_____
ELYZE McDONALD