ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
SEP 1 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT'S SUPPLEMENTAL MOTION TO EXTEND SCHEDULING ORDER DEADLINES; SUPPLEMENTAL DECLARATION OF ELYZE J. MCDONALD** |

Defendant Japan Airlines International Co., Inc. hereby supplements its Motion to Extend Scheduling Order Deadlines, filed September 1, 2006.

In the Motion, which Defendant incorporates herein, Defendant stated that it has incurred difficulty in obtaining data for the four-year old flight at issue, and that neither party has been able to furnish its experts with flight data. This has in turn led to a delay in obtaining expert opinions and conducting expert discovery.

The Motion requested that the expert disclosure deadline be moved to October 31, 2006, and that expert rebuttal disclosures be made no later than November 14, 2006. However, on September 12, 2006, Defendant learned that it will receive flight data in mid-October from the

flight's captain and leading flight attendant. Suppl. Decl. of Elyze McDonald, ¶ 6. Both the captain and leading flight attendant are unavailable until mid-October because of their current flight schedules. Suppl. Decl. of Elyze McDonald, ¶ 6.

Once Defendant obtains this data, it will be able to furnish it to Plaintiff and Defendant's experts for a full expert opinion. However, Defendant requires further time from the first requested expert disclosure date of October 31, 2006, to allow its experts to form their opinions and for the parties to conduct discovery thereupon.

Because of these recent developments, Defendant asks that certain Scheduling Order deadlines be extended as follows:[1]

        Expert Disclosures:          November 30, 2007

        Rebuttal Expert Disclosures:  December 14, 2007

        Discovery Cutoff:           December 29, 2007

        Discovery Motions Deadline:   January 5, 2007

        Dispositive Motions Deadline:  January 30, 2007

For the foregoing reasons, and those stated in the Motion to Extend Scheduling Order Deadlines filed on September 1, 2006, Defendant respectfully seeks that the Court grant the requested extensions.

DATED: Hagåtña, Guam, September 13, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

---

[1] None of these dates interfere with the trial schedule as established by the January 26, 2006 Scheduling Order.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>SUPPLEMENTAL DECLARATION OF ELYZE J. MCDONALD IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND SCHEDULING ORDER DEADLINES |

I, ELYZE J. MCDONALD, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called by the Court.

3. I am licensed to practice law before all courts in Guam.

4. I am an attorney for Defendant Japan Airlines International Co., Inc.

5. Defendant filed a Motion to Extend Scheduling Order Deadlines on September 1, 2006, asking that the Court extend the expert disclosure deadline to October 31, 2006, and the rebuttal expert disclosure deadline to November 14, 2006, because of the difficulty in obtaining data for the four-year old flight at issue, and because neither party will suffer prejudice due to an extension.

6. On September 12, 2006, Defendant learned that certain flight data will be made available by the captain and leading flight attendant in mid-October. Both the captain and leading flight attendant are unavailable until mid-October because of their current flight schedules.

7. Defendant therefore supplements its motion and requests that the following deadlines be approved by the Court:

Expert Disclosures: November 30, 2007

Rebuttal Expert Disclosures: December 14, 2007

Discovery Cutoff: December 29, 2007

Discovery Motions Deadline: January 5, 2007

Dispositive Motions Deadline: January 30, 2007

DATED: Hagåtña, Guam, September 13, 2006.

*Elyze McDonald*
ELYZE J. MCDONALD