CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM
SEP 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. CIV04-00036 <br><br> **NOTICE OF RECORDS DEPOSITION; CERTIFICATE OF SERVICE** |

TO:  **VICENTE LIZAMA, M.D.
INTERPRETING RADIOLOGIST
LMR X-RAY PRO
Suite 107
241 Farenholt Avenue
Tamuning, Guam USA 96913
Telephone: (671) 647-9776**

**PLEASE TAKE NOTICE** that Japan Airlines International Co., Ltd., Defendant in the above-entitled action, will conduct a records deposition of Vicente Lizama, M.D., Interpreting Radiologist, LMR X-Ray Pro at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910 on **Monday, September 25, 2006 at 3:00 o'clock p.m.**

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court for Guam. If the deposition is not completed on the date stated above, the deposition shall continue day to day thereafter, likewise commencing at **3:00 o'clock p.m.**, except for Sundays and holidays, until completed.

DATED: Hagåtña, Guam, September 15, 2006.

CARLSMITH BALL LLP

*[signature]*
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

Pedro P. Agravante, Jr., et al. vs. Japan Airlines International Co., Ltd.
District Court of Guam Civil Case No. 04-00036

4813-8244-1729.1.051729-00007
2.
Case 1:04-cv-00036    Document 45    Filed 09/15/2006    Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of September 2006, I will cause to serve, via certified mail, returned receipt requested, a true and correct copy of **NOTICE OF RECORDS DEPOSITION; CERTIFICATE OF SERVICE** upon Pro Se Plaintiffs as following:

> PEDRO P. AGRAVANTE, JR.
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

DATED: Hagåtña, Guam, September 15, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD