ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM
SEP 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE,

        Plaintiffs,

    vs.

JAPAN AIRLINES INTERNATIONAL CO.,
LTD.,

        Defendant.

CIVIL CASE NO. CIV04-00036

**NOTICE OF RECORDS DEPOSITION;
CERTIFICATE OF SERVICE**

**TO:   ALIX CHENET, M.D.
      INTERNAL MEDICINE
      GUAM ADULT-PEDIATRIC CLINIC
      Suite 8
      612 North Marine Corps. Drive
      Dededo, Guam USA 96929
      Telephone:   (671) 633-4272**

**PLEASE TAKE NOTICE** that Japan Airlines International Co., Ltd., Defendant in the

above-entitled action, will conduct a records deposition of Alix Chenet, M.D., Internal Medicine,

Guam Adult-Pediatric Clinic at the law offices of Carlsmith Ball LLP, Suite 401, Bank of

Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910 on **Monday, September 25,**

**2006 at 2:30 o'clock p.m.**

4814-8310-5025.1.051729-00007

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court for Guam. If the deposition is not completed on the date stated above, the deposition shall continue day to day thereafter, likewise commencing at **2:30 o'clock p.m.**, except for Sundays and holidays, until completed.

DATED: Hagåtña, Guam, September 15 , 2006.

CARLSMITH BALL LLP

ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

Pedro P. Agravante, Jr., et al. vs. Japan Airlines International Co., Ltd.
District Court of Guam Civil Case No. 04-00036
**NOTICE OF RECORDS DEPOSITION; CERTIFICATE OF SERVICE**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15ᵗʰ day of September 2006, I will cause

to serve, via certified mail, returned receipt requested, a true and correct copy of **NOTICE OF**

**RECORDS DEPOSITION; CERTIFICATE OF SERVICE** upon Pro Se Plaintiffs as

following:

        PEDRO P. AGRAVANTE, JR.
        CORITA B. AGRAVANTE
        Post Office Box 22281
        Guam Main Facility
        Barrigada, Guam 96921


    DATED: Hagåtña, Guam, September 15 , 2006.

CARLSMITH BALL LLP


_____
ELYZE J. MCDONALD

4814-8310-5025.1.051729-00007
3.
Case 1:04-cv-00036    Document 46    Filed 09/15/2006    Page 3 of 3