CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM

SEP 15 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, <br><br> Plaintiff, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. CIV04-00036 <br><br> **SUBPOENA DUCES TECUM** |

TO: **DONALD PRESTON, M.D.
INTERNAL MEDICINE
GUAM ADULT-PEDIATRIC CLINIC
Suite 8
612 North Marine Corps. Drive
Dededo, Guam USA 96929
Telephone: (671) 633-4272**

On behalf of Defendant Japan Airlines International Co., Ltd. in the above-entitled action, a records deposition will be taken at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam USA 96910 on **Monday, September 25, 2006 at 2:00 o'clock p.m.** Please refer to the following information and list of documents concerning this deposition.

Any and all records, reports, notes, diagnostic results, billing materials and any other form of documents (whether in paper, electronic or other form) in your possession, custody or control relating to your examination, diagnosis and/or treatment of Pedro P. Agravante, Jr. during the last five years from the date of this Subpoena.

DATED: Hagåtña, Guam, September 15, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

Pedro P. Agravante, Jr., et al. vs. Japan Airlines International Co., Ltd.
District Court of Guam Civil Case No. 04-00036

4820-0319-8721.1.051729-00007                2.
Case 1:04-cv-00036    Document 49    Filed 09/15/2006    Page 2 of 2