ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE,

            Plaintiff,

    vs.

JAPAN AIRLINES INTERNATIONAL CO.,
LTD.,

            Defendant.

CIVIL CASE NO. CIV04-00036


**SUBPOENA DUCES TECUM**

**TO:    ALIX CHENET, M.D.**
**        INTERNAL MEDICINE**
**        GUAM ADULT-PEDIATRIC CLINIC**
**        Suite 8**
**        612 North Marine Corps. Drive**
**        Dededo, Guam USA 96929**
**        Telephone:    (671) 633-4272**

On behalf of Defendant Japan Airlines International Co., Ltd. in the above-entitled

action, a records deposition will be taken at the law offices of Carlsmith Ball LLP, Suite 401,

Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam USA 96910 on **Tuesday,**

**September 26, 2006 at 10:30 o'clock a.m.** Please refer to the following information and list of

documents concerning this deposition.

4821-8774-8097.2.051729-00007

Any and all records, reports, notes, diagnostic results, billing materials and any other form of documents (whether in paper, electronic or other form) in your possession, custody or control relating to your examination, diagnosis and/or treatment of Pedro P. Agravante, Jr. during the last five years from the date of this Subpoena.

DATED: Hagåtña, Guam, September 19 , 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.