CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM

SEP 2 5 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**AMENDED NOTICE OF RECORDS DEPOSITION; CERTIFICATE OF SERVICE** |

TO: **DONALD PRESTON, M.D.**
**INTERNAL MEDICINE**
**GUAM ADULT-PEDIATRIC CLINIC**
**Suite 8**
**612 North Marine Corps. Drive**
**Dededo, Guam USA 96929**
**Telephone: (671) 633-4272**

**PLEASE TAKE NOTICE** that Japan Airlines International Co., Ltd., Defendant in the above-entitled action, will conduct a records deposition of Donald Preston, M.D., Internal Medicine, Guam Adult-Pediatric Clinic at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910 on **Thursday, September 28, 2006 at 11:30 o'clock a.m.**

ORIGINAL

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court for Guam. If the deposition is not completed on the date stated above, the deposition shall continue day to day thereafter, likewise commencing at **11:30 o'clock a.m.**, except for Sundays and holidays, until completed.

DATED: Hagåtña, Guam, September 22, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

Pedro P. Agravante, Jr., et al. vs. Japan Airlines International Co., Ltd.
District Court of Guam Civil Case No. 04-00036

4813-3211-0081.2.051729-00007

2.

Case 1:04-cv-00036   Document 57   Filed 09/25/2006   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _____ day of September 2006, I will cause to serve, via certified mail, returned receipt requested, a true and correct copy of **AMENDED NOTICE OF RECORDS DEPOSITION; CERTIFICATE OF SERVICE** upon Pro Se Plaintiffs as following:

> PEDRO P. AGRAVANTE, JR.
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

DATED: Hagåtña, Guam, September 22, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD