PEDRO P. AGRAVANTE, JR., Pro se
And CORITA B. AGRAVANTE, Pro se
P.O. Box 22281
GMF, Guam 96921
Telephone no. 671.646/8553/ 4537
Cell Phone no. 671.788/7291



FILED
DISTRICT COURT OF GUAM
OCT -3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR.<br>And CORITA B. AGRAVANTE<br><br>Plaintiffs<br><br>Vs.<br><br>JAPAN AIRLINES INTERNATIONAL<br>CO., LTD.,<br><br>Defendant<br>_____/ | CIVIL CASE NO.CIV04-00036<br><br>MOTION TO SEEK NEW COUNSEL<br>OR FOR THE COURT TO APPOINT<br>ADVISING COUNSEL TO ASSIST<br>PLAINTIFF IN THIS ACTION;<br>DECLARATION OF SERVICE |

Pursuant to Federal Rules of Civil Procedure 26(a)(1), Plaintiff filed the above Motions for the Following reasons:

1. That, Defendant Japan Airlines International Co., Ltd. has now two (2) counsels from the Law Offices of CARLSMITH BALL LLP, namely, Mr. David Ledger and Ms. Elyze McDonald handling Civil Case CIV04-00036.

2. That, by comparison, Plaintiffs are laymen with limited knowledge of law.

3. That, Plaintiffs believe pursuing this case at its current flat form with Defendant counsels Knowledge and experience violates their Constitutional Rights to due process of laws.

THEREFORE, Plaintiffs further believe, the current situation necessarily to request for a new Counsel or for the Court to appoint advising counsel to provide legal assistance to Plaintiff in Matters affecting the case.

Respectfully submitted this __3__, day of October, 2006.

PRO SE

_____
PEDRO P. AGRAVANTE, JR.
Plaintiff

Respectfully submitted this __3__, day of October, 2006.

PRO SE

_____
CORITA B. AGRAVANTE
Plaintiff

Page 2.

## DECLARATION OF SERVICE

I, Pedro P. Agravante, Jr., hereby declare under penalty of perjury of the laws of the United States,

That on October 3, 2006, I have served via Hand Delivery, a true and correct copy of MOTION TO SEEK NEW COUNSEL OR TO APPOINT ADVISING COUNSEL TO ASSIST PLAINTIFF IN THIS ACTION; DECLARATION OF SERVICE upon Defendant at the following address:

> JAPAN AIRLINES INTERNATIONAL CO., LTD.,
> C/O CARLSMITH BALL LLP
> Suite 401, Bank of Hawaii Building
> 134 West Soledad Street
> Hagatna, Guam 96910
> Telephone no. 671. 472/6813

Executed this 3 day of October, 2006, at Hagatna, Guam.

PEDRO P. AGRAVANTE, JR.
Plaintiff