FILED
DISTRICT COURT OF GUAM
OCT -4 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00036<br><br><br><br>ORDER |

On September 1, 2006, the Defendant filed a Motion to Extend Scheduling Order Deadlines. (Docket No. 41.) On September 13, 2006, the Defendant filed a Supplemental Motion to Extend Scheduling Order Deadlines.[1] (Docket No. 43.) The Defendant sought extensions to certain deadlines in order to permit it to locate certain data for its experts, to allow its experts the time necessary to analyze said data and form their opinions, and for the parties to conduct discovery thereon.

To date, the Plaintiffs have not filed an objection to either the motion or supplemental motion. Accordingly, for good cause shown, the Court grants the Defendant's supplemental motion. The following deadlines contained in the Scheduling Order (Docket No. 36) and/or Discovery Plan (Docket No. 37) are amended as follows:

///

---

[1] The original motion to extend became moot upon the filing of the supplemental motion.

- Expert Disclosures: November 30, 2006
- Rebuttal Expert Disclosures: December 14, 2006
- Discovery Cutoff: December 29, 2006
- Discovery Motions Deadline: January 5, 2007
- Dispositive Motions Deadline: January 30, 2007

All other dates and deadlines set forth in the Scheduling Order and Discovery Plan shall remain in full force and effect.

SO ORDERED this 4th day of October 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge