# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00036<br><br><br><br>ORDER |

On November 15, 2006, the Defendant filed a Second Motion to Extend Scheduling Order Deadlines (the "Motion"). The expert witness disclosure deadline is one of those deadlines the Defendant requests to extend. Because that deadline is presently set for November 30, 2006, the Court hereby sets the Motion for hearing on Monday, November 20, 2006, at 1:30 p.m. The Court is concerned that further extensions of pretrial dates may affect the current trial date (March 20, 2007). Accordingly, the parties should come to the hearing prepared to address this issue.

SO ORDERED this 16th of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**