ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO. LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**NOTICE OF TAKING DEPOSITION OF PEDRO P. AGRAVANTE, JR.**<br><br>Date: December 14, 2006<br>Time: 9:00 o'clock a.m. |

TO: **Plaintiff Pedro P. Agravante, Jr.
Post Office Box 22281
Guam Main Facility
Barrigada, Guam 96921**

**PLEASE TAKE NOTICE** that Defendant Japan Airlines International Co., Ltd. in the above-entitled action, will take the deposition of **PEDRO P. AGRAVANTE, JR.** at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910, on **Thursday, December 14, 2006, at 9:00 o'clock a.m.**

The deposition will be recorded stenographically pursuant to the Federal Rules of Civil Procedure. If said deposition is not completed on the date set out above, the taking of the

depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, November 16, 2006.

CARLSMITH BALL LLP

*Elyze McDonald*

ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

Pedro P. Agravante, Jr., et al. vs. Japan Airlines International Co., Ltd.
District Court of Guam Civil Case No. 04-00036

4844-7883-2385.1

2.

Case 1:04-cv-00036    Document 71    Filed 11/16/2006    Page 2 of 2