# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00036**          **DATE: 11/20/2006**

**CAPTION: <u>PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE -vs- JAPAN AIRLINES INTERNATIONAL CO., LTD.</u>**

*******************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                              Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:39:36 - 2:26:04                       CSO: D. Quinata

*********************************** **APPEARANCES** ***********************************

**COUNSEL FOR PLAINTIFF(s):**                    **COUNSEL FOR DEFENDANT(s):**

PEDRO P. AGRAVANTE, Pro Se                       DAVID LEDGER

CORITA B. AGRAVANTE, Pro Se

*******************************************************************************

**PROCEEDINGS: SECOND MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT
( X ) MOTION(s)  <u>X</u> Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED  ___ Approved   ___Disapproved
( X ) ORDER to be Prepared By: <u>Court</u>
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>Defendants had no objection to the new scheduling order deadlines set by the Court. Defense counsel requested a June trial date. The Court left it to the parties to meet and discuss any new trial date and to submit a stipulation if an agreement is reached.</u>

<u>Parties and the Court discussed the process of service of documents from counsel to pro se litigants. Mr. Ledger argued to continue serving plaintiffs through certified mail. The Court instructed plaintiffs to check their mailbox once a week.</u>

<u>Plaintiffs withdrew their Motion of Imposition of Appropriate Sanction and to Declare Defendant Technically in Default. No further written order will be forthcoming on this matter.</u>

COURTROOM DEPUTY: _____