1

2

3

4

5

6                            DISTRICT COURT OF GUAM

7                               TERRITORY OF GUAM

8

9

10   PEDRO P. AGRAVANTE, JR. and                    Civil Case No. 04-00036
     CORITA B. AGRAVANTE,

11                Plaintiffs,

12        vs.

13   JAPAN AIRLINES INT'L CO., LTD.,

14                Defendant.                              ORDER

15

16        On November 20, 2006, the parties appeared before the Court for a hearing on the

17   Defendant's Second Motion to Extend Scheduling Order Deadlines.  (Docket No. 65.)  In

18   particular, the Defendant sought an extension to the deadlines pertaining to expert witness

19   disclosures, rebuttal witness disclosures, discovery cut-off, and the filing of discovery and

20   dispositive motions.  The Court specifically addressed the Plaintiffs, and they indicated they had

21   to objection to the requested extensions.  Accordingly, for good cause shown, the Court grants

22   the  Defendant's second motion for an extension.  The following deadlines are amended as

23   follows:

24        •      Expert Disclosures:              December 29, 2006

25        •      Rebuttal Expert Disclosures:     January 12, 2007

26        •      Discovery Cutoff:                January 29, 2007

27        •      Discovery Motions Deadline:      February 7, 2007

28        •      Dispositive Motions Deadline:    February 15, 2007

1    All other dates and deadlines previously set forth in the Scheduling Order (Docket No. 36)

2  and Discovery Plan (Docket No. 37) shall remain in full force and effect.

3    SO ORDERED this 20th day of November 2006.

4

5    

6

7

8                                                    **/s/ Joaquin V.E. Manibusan, Jr.**

9                                                    **U.S. Magistrate Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28