# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL

**\*\*AMENDED**



**FILED**
DISTRICT COURT OF GUAM

NOV 2 9 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. CV-04-00036           DATE: 11/20/2006

CAPTION: <u>PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE</u> -vs- <u>JAPAN AIRLINES INTERNATIONAL CO., LTD.</u>
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding | Law Clerk: Judith Hattori |
| Court Reporter: Wanda Miles | Courtroom Deputy: Virginia T. Kilgore |
| Hearing Electronically Recorded: 1:39:36 - 2:26:04 | CSO: D. Quinata |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR PLAINTIFF(s):**            **COUNSEL FOR DEFENDANT(s):**

PEDRO P. AGRAVANTE, Pro Se              DAVID LEDGER

CORITA B. AGRAVANTE, Pro Se

---

**PROCEEDINGS:** SECOND MOTION TO EXTEND SCHEDULING ORDER DEADLINES

( ) MOTION (S) ARGUED BY     ( ) PLAINTIFF     ( ) DEFENDANT

(X) MOTION(s)   <u>X</u> Granted   ___Denied   ___Settled   ___Withdrawn   ___Under Advisement

( ) ORDER SUBMITTED   ___ Approved   ___Disapproved

(X) ORDER to be Prepared By: <u>Court</u>

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>**\*\*Plaintiffs**</u> had no objection to the new scheduling order deadlines set by the Court. Defense counsel requested a June trial date. The Court left it to the parties to meet and discuss any new trial date and to submit a stipulation if an agreement is reached.

Parties and the Court discussed the process of service of documents from counsel to pro se litigants. Mr. Ledger argued to continue serving plaintiffs through certified mail. The Court instructed plaintiffs to check their mailbox once a week.

Plaintiffs withdrew their Motion of Imposition of Appropriate Sanction and to Declare Defendant Technically in Default. No further written order will be forthcoming on this matter.

COURTROOM DEPUTY: _____