DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>　　Defendant. | Civil Case No. 04-00036<br><br><br><br><br>ORDER |

On November 20, 2006, the parties appeared before the Court for a hearing on the Defendant's Second Motion to Extend Scheduling Order Deadlines. (Docket No. 65.) At said hearing, the Plaintiffs stated they had no objection to the Defendant's request to extend certain pretrial deadlines. Accordingly, the Court granted the motion. See Order, Docket No. 73.

On November 27, 2006, the Plaintiffs filed a "Response to Defendant's Second Motion." (Docket No. 74.) Therein, the Plaintiffs raised various "objections" to the Defendant's stated reasons for seeking a second extension, calling the Defendant's actions "diversionary tactics that will increase the cost of litigation." (Id. at 10.) The Plaintiffs stated that because there have been many changes to the original Scheduling Order and Discovery Plan, the Court should declare it "null and void" and should further find the Defendant "technically in default" for causing these delays. (Id.)

///

///

Having already granted the Defendant's second request for an extension after the Plaintiffs themselves stated on the record that they had no objection to the request, the Court will not now consider the "objections" raised in the Plaintiffs' response. These "objections" are untimely and are considered moot. As for the Plaintiffs' other requests, the Court will deny said requests. While the Plaintiffs blame the Defendant for the various changes to the previously established deadlines, the Court notes the Plaintiffs have never timely objected or opposed any of the Defendant's requests for extensions of time. The Plaintiffs should not be complaining now since they failed to promptly object sooner.

SO ORDERED this 29th day of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**