CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



**FILED**
DISTRICT COURT OF GUAM

DEC 2 2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S MOTION TO CONTINUE DISCOVERY AND TRIAL DATES; DECLARATION OF SERVICE** |

## I. INTRODUCTION

Pursuant to General Rule 6.1 and Local Rule 16.5, Defendant Japan Airlines International Co., Ltd. moves for a continuance of the Trial date and other remaining deadlines in this case. Plaintiff Pedro P. Agravante, Jr. has indicated to defense counsel his consent to continuing the trial date. In addition, circumstances involving Mr. Agravante's participation in discovery warrant an extension to complete discovery in this case.

## II. STANDARD FOR CONTINUANCE

GR 6.1 states that a continuance may be granted if the Court is satisfied that counsel are preparing the case with diligence and additional time is required to comply with the Rules. LR

16.5 allows an extension upon a good cause finding by the Court. LR 16.5 also allows an extension only if there has been active discovery. A continuance of the trial date and other dates is warranted as the parties have been diligent with discovery practice in this case, and given the circumstances of Pro Se Plaintiffs now being faced with trial preparation.

### III. <u>CONTINUANCE OF TRIAL DATE</u>

At a hearing on November 20, 2006, the parties discussed with the Court the possibility of moving the trial date in this case in order to allow Pro Se Plaintiffs Pedro Agravante and Corita Agravante more time to prepare for trial. The Court advised the parties to submit a stipulation for a continued trial date. In further discussions between the parties, Plaintiffs have indicated their agreement to moving the trial date. McDonald Decl. (filed concurrently herewith), ¶ 2. However, after Defendant prepared a stipulation to move the trial date and other deadlines, Plaintiffs indicated they first wanted to file more motions with the Court. McDonald Decl., ¶ 3. Since that conversation, Plaintiffs filed a Motion for Reconsideration to Hear Plaintiffs Response to Defendant Second Motion on December 12, 2006. McDonald Decl., ¶ 4. Most recently, on December 18, 2006, Plaintiffs confirmed their agreement to move the trial date, but indicated they would not sign the stipulation until they have first filed an additional motion (unfiled as of the date of this motion). McDonald Decl., ¶ 5.

Defendant's motivation to continue the trial date primarily relates to allowing both parties more time to prepare for trial. The current trial date is March 20, 2007, which is less than two months after the current discovery deadline. For itself, Defendant contends that there is an insufficient amount of time to engage in trial preparation, which begins at least six weeks prior to trial, and which is roughly one week after discovery is completed and discovery and dispositive motions are due and considered by the Court. Furthermore Defendant suggests that Pro Se Plaintiffs will face even greater difficulty, as they are laypersons who do not usually undergo

trial preparation, which includes meeting the Court's numerous requirements and deadlines.

Plaintiffs' verbal assents to continue the trial date, the case's current shortened trial track, and Plaintiffs' pro se status, constitute good cause for continuing the trial date.

## IV. CONTINUANCE OF DISCOVERY AND OTHER DEADLINES

As for the discovery deadlines in this case, Plaintiffs were scheduled for depositions on December 14, 2006, but asked Defendant to reschedule the depositions due to illness. McDonald Decl., ¶ 6. Two days prior to the depositions, Plaintiffs advised that they would not appear because they were sick that week with the flu. McDonald Decl., ¶ 6. However, Mrs. Agravante called Attorney McDonald from her workplace, American Bakery, to provide this information. McDonald Decl., ¶ 6. On the following day, December 13, 2006, Attorney McDonald called Mrs. Agravante again at her workplace (the only contact number provided to defense counsel) to confirm whether or not Plaintiffs intended to appear at their depositions. McDonald Decl., ¶ 7. Although at work and not sounding sick on the phone, Mrs. Agravante stated her and her husband were sick with the flu and would not be attending the depositions. McDonald Decl., ¶ 7. The parties agreed to reschedule the depositions to December 28, 2006, to accommodate Defense counsel's deposition schedule and the holidays. McDonald Decl., ¶ 8.

On December 15, 2006, Defense counsel called Mrs. Agravante, again at her workplace, regarding continuing the trial date in this case and she was present at work and said she would pass on her message to her husband. McDonald Decl., ¶ 9.

The depositions were partially for use by Defendant Japan Airlines International Co. Ltd.'s expert. Had the depositions proceeded as scheduled, the information provided would be used in Defendant's expert report, which is due on December 29, 2006.

Defendant has not engaged in delayed discovery practice, but has instead cooperated in accommodating Plaintiffs' illness. Nevertheless, Defendant is prejudiced by this delay as the

information taken during the deposition will not be available for insertion and analysis in the expert report.

For this reason, Defendant requests an extension of the discovery deadlines.

## V. PROPOSED TRIAL AND DISCOVERY SCHEDULE

In light of the foregoing, Defendant proposes the following schedule:

- Expert Disclosures: January 31, 2007
- Rebuttal Expert Disclosures: February 14, 2007
- Discovery Cutoff: March 1, 2007
- Discovery Motions Deadline: March 8, 2007
- Dispositive Motions Deadline: March 29, 2007
- Preliminary Pretrial Conference: June 4, 2007
- Pretrial materials, discovery materials, witness lists, designations and exhibits lists: June 11, 2007
- Proposed Pretrial Order: June 11, 2007
- Final Pretrial Conference: June 18, 2007
- Trial: June 25, 2007

## VI. CONCLUSION

For the foregoing reasons, Defendant respectfully move for a continuance of the trial date and other dates in this case as proposed herein.

DATED: Hagåtña, Guam, 12/22, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 22nd day of December 2006, I will cause to serve, via certified mail with return receipt requested, a true and correct copy of **Defendant Japan Airlines International Co., Ltd.'s Motion to Continue Discovery and Trial Dates** upon Pro Se Plaintiffs as follows:

PEDRO P. AGRAVANTE
CORITA B. AGRAVANTE
Post Office Box 22281
Guam Main Facility
Barrigada, Guam 96921

DATED: Hagåtña, Guam, December 22, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.