CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM

DEC 22 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>  Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>  Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF ELYZE MCDONALD; EXHIBIT A; DECLARATION OF SERVICE** |

I, Elyze McDonald, declare under penalty of perjury the following:

1.  I am counsel for Defendant Japan Airlines International Co. Ltd.

2.  In phone conversations between myself and Plaintiff Pedro P. Agravante, Jr. since the November 20 hearing, Mr. Agravante indicated his consent to signing a stipulation moving the trial date in this case.

3.  However, after Defendant prepared a stipulation to move the trial date and other deadlines, Plaintiffs indicated they first wanted to file more motions with the Court.

4.  Since that conversation, Plaintiffs filed a Motion for Reconsideration to Hear

ORIGINAL

Case 1:04-cv-00036   Document 83   Filed 12/22/2006   Page 1 of 6

Plaintiffs Response to Defendant Second Motion on December 12, 2006.

5. Most recently, on December 18, 2006, Mr. Agravante confirmed Plaintiffs agreement to move the trial date, but indicated they would not sign the stipulation until they have first filed an additional motion (unfiled as of the date of this declaration).

6. Plaintiffs were scheduled for depositions on December 14, 2006, but asked Defendant to reschedule the depositions due to illness. In particular, two days prior to the depositions, Plaintiffs advised that they would not appear because they were sick that week with the flu. Mrs. Agravante called Attorney McDonald from her workplace, American Bakery, to provide this information.

7. On the following day, December 13, 2006, Attorney McDonald called Mrs. Agravante again at her workplace (the only contact number provided to defense counsel) to confirm whether or not Plaintiffs intended to appear at their depositions. Although at work and not sounding sick on the phone, Mrs. Agravante stated that she and her husband were sick with the flu and would not be attending the depositions.

8. The parties agreed to reschedule the depositions to December 28, 2006, to accommodate Defense counsel's deposition schedule and the holidays.

9. On December 15, 2006, one day after Mrs. Agravante's cancelled deposition and during the week Mrs. Agravante claimed to be sick with the flu, I called Mrs. Agravante, again at her workplace, regarding continuing the trial date in this case. Mrs. Agravante was present at work and said she would pass on her message to her husband.

10. In Plaintiffs' Motion for Reconsideration to Hear Plaintiffs Response to Defendant Second Motion, Plaintiffs discuss a conversation between myself and Mr. Agravante whereby Mr. Agravante alleges he asked "why Defendant filed an Order in Court that Plaintiff had

4812-1376-5377.1.051729-00007                                2.
Case 1:04-cv-00036   Document 83   Filed 12/22/2006   Page 2 of 6

untimely objections in their response to November 27, 2006 Motion." To my recollection, and the recollection of my assistant present during the meeting, this portion of the conversation did not occur.

11. Plaintiffs continue to fail to pick up their mail. Attached hereto as Exhibit A are true and correct copies of certified mail returned to Defendant *on December 15, 2006,* after two notices were sent to Plaintiffs.

Executed this 22d day of December, 2006 at Hagåtña, Guam.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.






**Left envelope:**

DPI/jntc/051729.7

CARLSMITH BALL LLP
BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027

7002 0460 0001 3854 3115

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Pedro P. Agravante, Jr.
Mrs. Coria B. Agravante
Post Office Box 22281
Guam Main Facility
Barrigada, Guam USA 96921

1st Notice NOV 3 0 2006
2nd Notice 05 DEC 2006
Return DEC 15

UNCLAIMED 16 DEC
RECEIVED DEC 18 2006

**EXHIBIT A**

**Right envelope:**

EJM/mtc/051729-00007

CARLSMITH BALL LLP
BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027

7004 1350 0004 1793 0161

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

PEDRO P. AGRAVANTE
Post Office Box 22281
Guam Main Facility
Barrigada, Guam USA 96921

1st Notice NOV 2 9 2006
2nd Notice 5 DEC 2006
Return DEC 15

RECEIVED DEC 18 2006



EJM/mtc/051729-00007

CARLSMITH BALL LLP
BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027

CERTIFIED MAIL

7004 1350 0004 1793 0154

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CORITA B. AGRAVANTE
Post Office Box 22281
Guam Main Facility
Barrigada, Guam USA 96921

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 22nd day of December 2006, I will cause to serve, via certified mail with return receipt requested, a true and correct copy of **Declaration of Elyze McDonald; Declaration of Service** upon Pro Se Plaintiffs as follows:

>    PEDRO P. AGRAVANTE
>    CORITA B. AGRAVANTE
>    Post Office Box 22281
>    Guam Main Facility
>    Barrigada, Guam 96921

DATED: Hagåtña, Guam, December 22, 2006.

_____
ELYZE J. MCDONALD