CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM
DEC 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE.<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S EXPERT WITNESS DISCLOSURES; DECLARATION OF SERVICE** |

Defendant Japan Airlines International Co., Ltd. hereby provides the following Expert Witness Disclosures.

1. Biomedical Forensics, through Laura Liptai, Ph.D., will provide expert testimony regarding plaintiff's allegations that the so-called "static takeoff" allegedly utilized by the Japan Airlines flight deck crew caused plaintiff to sustain personal injury. Dr. Liptai's report has been provided to Plaintiffs.

2. Dr. Peter E. Diamond, M.D. Honolulu Sports Medical Clinic, Inc., 932 Ward Avenue, Suite 460, Honolulu, Hawaii 96814, will provide expert medical testimony with regard to plaintiff's alleged personal injuries. Dr. Diamond's report has been provided to Plaintiffs.

DATED: Hagåtña, Guam, December 29, 2006

CARLSMITH BALL LLP

*/s/ Elyze McDonald*

DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 13th day of July 2006, I will cause to be served, via Certified Mail with Return Receipt Requested, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S EXPERT WITNESS DISCLOSURES; DECLARATION OF SERVICE upon Plaintiff at the following address:

> Mr. Pedro P. Agravante, Jr.
> Mrs. Corita B. Agravante
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam USA 96921

Executed this 29Th day of December 2006 at Hagåtña, Guam.

_____
ELYZE McDONALD