CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM
JAN 10 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE DISCOVERY AND TRIAL DATES; DECLARATION OF SERVICE** |

Plaintiffs Pedro P. Agravante and Corita Agravante provide no sustainable objections to Defendant Japan Airlines International Co., Ltd.'s ("JAL") Motion to Continue the Trial and Discovery Dates in this case. The Motion should be granted.

I.  **RESPONSE TO SPECIFIC ALLEGATIONS BY THE AGRAVANTES**

The Agravantes' claim that JAL has not attempted to work harmoniously with them is untrue. The Agravantes suggest that they have not been afforded an opportunity to participate in scheduling new dates. However, JAL has met with Mr. Agravante to discuss the scheduling of a continued trial date, during which meeting the parties arrived at a verbal agreement to move the trial date to June 2007. *See* Decl. of Elyze McDonald filed Dec. 22, 2006 ("McDonald Decl."), ¶

2. Mr. Agravante, however, later refused to sign the Stipulation on the grounds that he wanted to file more motions with the Court, which necessitated the filing of JAL's Motion to Continue the Trial and Discovery dates. McDonald Decl., ¶ 3. JAL does not understand the Agravantes' opposition or their position that they be consulted as to the scheduling of the case when JAL did consult with the Agravantes.

To the extent the Agravantes reiterate objections to JAL's previous motions to extend discovery dates, those issues have been fully briefed and decided upon before the Court. *See* Nov. 29, 2006 Order, and Nov. 20, 2006 Order. The Court should not re-entertain objections to those motions and Orders at this untimely opportunity.

In addition, the Agravantes suggest that JAL will never be able to meet its expert witness disclosure obligations. JAL, however, has already supplied the Agravantes with its expert report. *See* JAL's Expert Witness Disclosures filed Dec. 29, 2006. No further extensions to this deadline are being sought other than the current request, which would allow the expert witness disclosure to be supplemented with information obtained during the Agravantes' depositions.

The Agravantes also mention that there has been an interruption to information flow because JAL is represented by David Ledger, Esq., and Elyze McDonald, Esq. The Agravantes do not discuss what this interruption consisted of or how it has affected the scheduling of this case. JAL submits that this unsupported point is irrelevant to the motion at hand.

As a final point, JAL points out that the Agravantes incorrectly state that JAL has the burden of proving that Mr. Agravante was injured during the flight at issue in this case. The Agravantes misunderstand the burden of proof in this case. *The Agravantes* have the burden of proving that Mr. Agravante sustained an injury on the JAL flight, and that JAL is liable for his injuries. JAL does not bear any burdens of proof.

4842-9271-2961.1                                                  2.
Case 1:04-cv-00036    Document 90    Filed 01/10/2007    Page 2 of 5

## II. THE TRIAL DATE SHOULD BE CONTINUED

As JAL stated in its Motion to Continue Trial and Discovery Dates, a continuance of the trial date is requested to allow JAL and the pro se plaintiffs more time to prepare for trial. This issue has already been discussed with the Court during hearings, and the Agravantes have verbally consented to the continuance.

Also, JAL files concurrently with this Reply a Motion to Compel Discovery due to the Agravantes' failure to attend their depositions. The Agravantes' failure to attend their depositions enhances the time crunch that now exists with the March 20, 2007 trial date. JAL cannot adequately prepare for trial without having deposed the Agravantes first. A continued trial date will allow JAL more time after the Agravantes' depositions are taken to evaluate their depositions and prepare for trial.

## III. DISCOVERY DEADLINES SHOULD BE CONTINUED

JAL has demonstrated its diligence in following the discovery deadlines established by the Court. Most recently, JAL served its expert witness disclosures by the deadline of December 29, 2006. JAL anticipated being able to depose the Agravantes two weeks before the expert disclosure deadline in order to use the information in its expert witness report, however, Plaintiffs have successfully avoided their obligations to be deposed through unjustified excuses. *See* JAL's Mot. to Compel filed concurrently herewith. The recent development of the Plaintiffs' failure to attend their depositions requires that the discovery deadlines be extended until Plaintiffs submit to their depositions, whether that be before JAL's requested continued discovery cutoff date of March 1, 2007, or later.

## IV. CONCLUSION

For the foregoing reasons, and those stated in JAL's Motion to Compel, JAL requests that its Motion to Continue the Trial Date and Discovery Deadlines be GRANTED.

DATED: Hagåtña, Guam, January 10, 2006.

CARLSMITH BALL LLP

*[signature]*
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 10th day of January 2006, I will cause to serve, via certified mail with return receipt requested, a true and correct copy of **Defendant Japan Airlines International Co., Ltd.'s Reply in Support of Motion to Continue Discovery and Trial Dates** upon Pro Se Plaintiffs as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

DATED: Hagåtña, Guam, January 10, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.