CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



**FILED**
DISTRICT COURT OF GUAM
JAN 10 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>               Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>               Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF ELYZE MCDONALD REGARDING LOCAL RULE 37.1 STIPULATION; DECLARATION OF SERVICE** |

I, Elyze J. McDonald, declare the following under penalty of perjury:

1.      I am an attorney at law licensed to practice before the Courts of the Territory of
Guam and before this Court. I am an associate with the law firm of Carlsmith Ball LLP,
attorneys of record for Defendant Japan Airlines International Co., Ltd. ("JAL").

2.      If called as a witness, I would and could competently testify thereto to all facts
within my personal knowledge except where stated upon information and belief.

3.      On January 8, 2007, I called Plaintiff Corita Agravante to ask her to participate in
the preparation of a Stipulation required under LR 37.1 with respect a Motion to Compel



ORIGINAL

Discovery that JAL intended to file with regard to the Agravantes' depositions. Mrs. Agravante advised that her husband would call me.

4. On January 9, 2007, Mr. Agravante called me and asked that we meet to coordinate the discovery and depositions schedules of both sides before he signed the LR 37.1 Stipulation. Although I informed Mr. Agravante that the scheduling of depositions of JAL personnel and the scheduling of their depositions were unrelated, and that the meeting was not required before he signed the LR 37.1 Stipulation, he insisted on a meeting. We therefore scheduled a meeting for January 10, 2007, at 2:00 p.m. to discuss the coordination of both parties' depositions.

5. At 8:06 a.m. on January 10, 2007, Mr. Agravante called me and advised that he would not meet or participate in the preparation of a LR 37.1 Stipulation until the Court rules on the pending motions. I informed him that the pending motions do not affect his ability to participate in preparing the LR 37.1 Stipulation. However, he still refused to meet.

6. I have diligently requested agreement to an LR 37.1 Stipulation, however, I have not received cooperation from the Agravantes.

7. In preparing the LR 37.1 Stipulation, JAL proposed the following statements, which were conveyed to Mr. Agravante, and to which he refused to sign:

a. Defendant Japan Airlines International Co., Inc. has scheduled depositions of the Plaintiffs. Defendant's points and authorities in support of its position are outlined in its Motion to Compel, filed concurrently herewith. In brief, the points and authorities are: (1) JAL is entitled to depose Plaintiffs; (2) the discovery cutoff date has not passed; (3) the Agravantes have not filed a motion for protective order; and (4) the Agravantes have not provided sufficient grounds to justify their failure to appear at their depositions.

b.      Plaintiffs Pedro P. Agravante, Jr. and Corita B. Agravante refuse to attend

the depositions because of Defendant's pending Motion to Continue Trial and Discovery Dates.

DATED:  Hagåtña,, Guam, January 10, 2007.


CARLSMITH BALL LLP

_Elyze McDonald_
_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 10th day of January 2007, I will cause to serve, via certified mail with return receipt requested, a true and correct copy of DECLARATION OF ELYZE MCDONALD REGARDING LOCAL RULE 37.1 STIPULATION; DECLARATION OF SERVICE upon Pro Se Agravantes as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 10th day of January, 2007 at Hagåtña, Guam.

_____
ELYZE J. MCDONALD