CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO CONTINUE DISCOVERY AND TRIAL DATES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ELYZE J. MCDONALD; DECLARATION OF SERVICE** |

Defendant Japan Airlines International Co., Ltd.'s ("JAL") hereby applies *ex parte* to the Court for an Order shortening time to hear its Motion to Continue Discovery and Trial Deadlines. This application is supported by the attached Memorandum of Points and Authorities and the attached Declaration of Elyze McDonald.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. On December 22, 2006, JAL filed a Motion to Continue Discovery and Trial Dates.

2. On January 5, 2007, Plaintiffs Pedro P. Agravante and Corita Agravante filed their Opposition to the Motion.



3. On January 10, 2007, JAL filed its Reply.

4. The parties did not submit an Agreement of Hearing Date, and have submitted their arguments without oral argument.

5. The Motion concerns a continuance of the trial date, which is currently scheduled for March 20, 2007.

6. JAL seeks an expedited hearing or the issuance of a decision on the motion in order to allow enough time to prepare for trial. In particular, if trial proceeds on March 20, 2007, JAL will need to arrange for the presence of its witnesses including two JAL flight attendants and one pilot, all of whom reside in Japan and are based in Japan. The schedules of the flight attendants and the pilot must be made ahead of time in order to arrange their presence on Guam and to secure alternative personnel to handle the flights on which the flight attendants and pilot would normally be scheduled. The coordination of the flight attendants and pilots' schedules take weeks in advance to arrange.

7. JAL has contacted Plaintiff Corita Agravante and advised her of this Ex Parte Application. Mrs. Agravante responded that she will contact her husband. JAL advised her that if the Court schedules a hearing, JAL will advise her of the time and date. McDonald Decl., ¶ 5.

8. There is no phone number with which to reach Plaintiff Pedro Agravante directly. McDonald Decl., ¶ 6.

Because of the issues surrounding scheduling of its witnesses and personnel, JAL respectfully requests that the Court grant this Ex Parte Application and allow an expedited hearing on the Motion to Continue Discovery and Trial Dates, or in the alternative, that the Court shortly issue a decision on the Motion and determine whether to maintain the current trial date or to continue the trial date until June 2007.

DATED: Hagåtña, Guam, January 22, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF ELYZE J. McDONALD

I, Elyze J. McDonald, declare under penalty of perjury the following:

1. I am one of the Attorneys for the Defendant Japan Airlines International Co., Ltd.'s ("JAL").

2. I have personal knowledge of the facts stated in this Declaration except as otherwise indicated.

3. I would testify competently as to these facts if called by the Court.

4. I am licensed to practice law before all the Courts on Guam.

5. On January 22, 2007, at 9:20 a.m., I called Plaintiff Corita Agravante and advised her of JAL's Ex Parte Application. Mrs. Agravante responded that she will contact her husband. I advised her that if the Court schedules a hearing, I will advise her of the time and date.

6. There is no phone number with which to reach Plaintiff Pedro Agravante directly.

Executed this 22nd day of January 2007 at Hagåtña, Guam.

_____
ELYZE J. MCDONALD

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 22nd day of January 2006, I will cause to serve, via certified mail with return receipt requested, a true and correct copy of **DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO CONTINUE DISCOVERY AND TRIAL DATES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ELYZE J. MCDONALD; DECLARATION OF SERVICE** upon Pro Se Plaintiffs as follows:

>PEDRO P. AGRAVANTE
>CORITA B. AGRAVANTE
>Post Office Box 22281
>Guam Main Facility
>Barrigada, Guam 96921

DATED: Hagåtña, Guam, January 22, 2007.

_____
ELYZE J. MCDONALD