CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**

DISTRICT COURT OF GUAM

JAN 24 2007 nbo

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. CIV04-00036 <br><br> **SUPPLEMENTAL DECLARATION OF ELYZE MCDONALD IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO CONTINUE DISCOVERY AND TRIAL DATES; DECLARATION OF SERVICE** |

I, Elyze J. McDonald, declare the following under penalty of perjury:

1.      I am an attorney at law licensed to practice before the Courts of the Territory of Guam and before this Court. I am an associate with the law firm of Carlsmith Ball LLP, attorneys of record for Defendant Japan Airlines International Co., Ltd. ("JAL").

2.      If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

3.      I make this Supplemental Declaration in support of JAL's application to shorten time to hear the motion to continue the trial and discovery dates, or in the alternative, for the issuance of a decision on the motion to continue.

ORIGINAL

4.    In the Ex Parte Application, I discussed JAL's dilemma with scheduling witnesses (two JAL flight attendants and a pilot) to appear at trial. More specifically, the lead time for JAL to make arrangements to designate its flight crew for particular flights is two months. That means that the witnesses must be scheduled now to either appear at trial or to work on flights in March. If JAL proceeds to not schedule the flight crew for flights in March in anticipation of the March trial date, and the trial date is later continued, it will be too late for the crew members to be assigned to another flight and they will not have work. On the other hand, if JAL schedules the crew to work on flights in March, but the trial date stands, the crew will miss their assigned flights and JAL will have to pull in replacement crew during the days the assigned, regular crew is in trial.

5.    To avoid these scheduling issues, JAL respectfully requests that the Court shortly issue a decision on the Motion to Continue, or to hold an expedited hearing on this matter.

DATED: Hagåtña,, Guam, January 24, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## <u>DECLARATION OF SERVICE</u>

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 24th day of January 2007, I will cause to serve, via certified mail with return receipt requested, a true and correct copy of the SUPPLEMENTAL DECLARATION OF ELYZE MCDONALD IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO CONTINUE DISCOVERY AND TRIAL DATES upon Pro Se Agravantes as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 24th day of January, 2007 at Hagåtña, Guam.

_Elyze J McDonald_
ELYZE J. MCDONALD