CARLSMITH BALL LLP

ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**SECOND SUPPLEMENTAL DECLARATION OF ELYZE MCDONALD IN SUPPORT OF MOTION TO CONTINUE TRIAL AND DISCOVERY DATES; DECLARATION OF SERVICE** |

I, Elyze McDonald, declare under penalty of perjury the following:

1. I am one of the Counsels for Defendant Japan Airlines International Co. Ltd. ("JAL").

2. On December 22, 2006, JAL moved this Court to extend the trial and discovery deadlines in this case. The Court has not yet ruled on this motion.

3. The motion asks that the trial date be moved from March 20, 2007, to June 25, 2007.

4. I am counsel for Dynamic Technical Services, a defendant in *Van Meter et al. v. Calpac et al.*, District Court of Guam Civil Case No. 05-00037. On February 8, 2007, the Court

moved the trial date in the *Van Meter* case from June 18, 2007, to October 29, 2007.

5.  Based on this information, JAL believes that a trial date in June 2007 is now free and available for scheduling the trial in this matter. JAL respectfully asks that the Court extend the trial date in this case to June 18, 2007, or June 25, 2007, for the reasons stated in its motion and all supporting declarations.

Executed this 9th day of February 2007.


ELYZE McDONALD

# DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 9th day of February 2007, I will cause to be served, via hand delivery, a true and correct copy of the SECOND SUPPLEMENTAL DECLARATION OF ELYZE McDONALD IN SUPPORT OF MOTION TO EXTEND TRIAL AND DISCOVERY DATES; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 9th day of February 2007 at Hagåtña, Guam.

_____
ELYZE J. McDONALD