CARLSMITH BALL LLP

ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM

FEB 12 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. CIV04-00036 <br><br><br> **AMENDED DECLARATION OF SERVICE** |

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 9th day of February 2007, I mailed via certified mail with return receipt requested, instead of hand delivery, a true and correct copy of the SECOND SUPPLEMENTAL DECLARATION OF ELYZE McDONALD IN SUPPORT OF MOTION TO EXTEND TRIAL AND DISCOVERY DATES; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 9th day of February 2007 at Hagåtña, Guam.

_____
ELYZE J. McDONALD