CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM

FEB 13 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and<br>CORITA B. AGRAVANTE,<br><br>                   Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL<br>CO. LTD.,<br><br>                   Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**NOTICE OF TAKING DEPOSITION OF PETER E. DIAMOND, M.D. TO TAKE TESTIMONY FOR TRIAL; CERTIFICATE OF SERVICE**<br><br>Date:     February 22, 2007<br>Time:    9:00 a.m. |

**TO:**    **PLAINTIFFS PEDRO P. and CORITA B. AGRAVANTE**

     **PLEASE TAKE NOTICE** that Defendant Japan Airlines International Co., Ltd. in the above-entitled action, will take the deposition of **PETER E. DIAMOND, M.D.** at the Honolulu Sports Medical Clinic, 932 Ward Avenue, Honolulu, Hawaii on **February 22, 2007, at 9:00 o'clock a.m..** As previously disclosed to Plaintiffs in Expert Witness Disclosures, Dr. Diamond will testify on behalf of Defendant as its designated medical expert.

The deposition will be *video taped and recorded stenographically* pursuant to the Federal Rules of Civil Procedure and L.R. 30.1. Notice of video taping and transcription is hereby given in accordance with L.R. 30.1(c)(1)(A), (B) and (C).

The purpose of the deposition is to take the testimony of Dr. Diamond to be presented during the trial under L.R. 32.1, in lieu of his personal appearance in court.

You are invited to attend the deposition either in person, or over the telephone at 808-521-6544, to cross examine.

It is estimated that said deposition shall require ninety minutes of testimony.

DATED: Hagåtña, Guam, February 13, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of February 2007, I will cause to be served, via certified mail, returned receipt requested, and hand delivery a true and correct copy of **NOTICE OF TAKING DEPOSITION OF PETER E. DIAMOND, M.D.; CERTIFICATE OF SERVICE** upon Pro Se Plaintiffs as following:

> **PEDRO P. AGRAVANTE, JR.**
> **CORITA B. AGRAVANTE**
> **Post Office Box 22281**
> **Guam Main Facility**
> **Barrigada, Guam 96921**

DATED: Hagåtña, Guam, February 13, 2007.

_____
DAVID LEDGER