CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) PRETRIAL DISCLOSURES; DECLARATION OF SERVICE** |

Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD. makes the following disclosure pursuant to Federal Rule of Civil Procedure 26(a)(3):

    A.    Witnesses

        1.    Defendant Expects to Call the Following Witnesses:

            a.    Reiko Asatani, Cabin Attendant
                  Japan Airlines International Co., Ltd.
                  c/o Carlsmith Ball LLP
                  Suite 401, Bank of Hawaii Building
                  134 West Soledad Avenue

    Hagåtña, Guam 96910
    Telephone No.: (671) 472-6813

  b. Rumi Fujihara, Cabin Attendant
    Japan Airlines International Co., Ltd.
    c/o Carlsmith Ball LLP
    Suite 401, Bank of Hawaii Building
    134 West Soledad Avenue
    Hagåtña, Guam 96910
    Telephone No.: (671) 472-6813

  c. Captain Hideo Masuhara, Pilot in Command of Flt. 981
    c/o Bank of Hawaii Bldg., Suite 401
    134 West Soledad Avenue, P.O. Box BF
    Hagåtña, Guam 96932-5027
    Telephone: 671.472.6813
    Fax: 671.477.4375

  d. Dr. Laura Liptai
    Biomedical Forensics
    1660 School Street, Suite 103
    Moraga, California 94556

  e. Pedro Agravante, Plaintiff

  f. Corita Agravante, Plaintiff

  g. John Shin, Prestige Automobiles, Dededo, Guam

  h. Manfred Pieper, General Manager, Guam Hilton, Tumon, Guam

  i. Peter Sgro, Suite 103B, Calvo Building, 116 Chalan Santo Papa, Hagatna, Guam, 477-9080

2. Witnesses Defendant May Call if the Need Arises:

  a. William Gavras, Esq.
    Law Office of William Gavras
    2nd Floor, J&R Building
    208 Route 4
    Hagåtña, Guam 96910

  b. Dr. Alix Chinet, Guam Adult-Pediatric Clinic, 612 North Marine Drive, Suite #8, Dededo, Guam 96929, 633-4272

  c. Dr. Don Preston, Guam Adult-Pediatric Clinic, 612 North Marine Drive, Suite #8, Dededo, Guam 96929, 633-4272

        d.      Dr. Vincent Lizama, X-Ray Pro, 241 Farenholt Avenue, Suite 107, Tamuning, Guam 96911, 647-9776

        e.      Tomio Clark.

        f.      Witnesses listed by Plaintiff.

        g.      Witnesses identified during the course of further discovery.

        h.      Witnesses necessary to authenticate or to provide foundation for documents.

        i.      Any necessary rebuttal witnesses.

B. Witnesses Whose Testimony is Expected to be Presented via Deposition: Dr. Peter Diamond, M.D., Honolulu Sports Medical Clinic, Inc., 932 Ward Avenue, Suite 460, Honolulu, Hawaii 96814.

    C.    Documents and Exhibits

        1.      Documents and Exhibits Expected to Be Presented:

              a.      Layout of Plane/seating diagram

              b.      Photographs of galley equipment and layout of plane

              c.      Incident Reports and Plaintiff's written statement

              d.      Expert Report of Dr. Laura Liptai

              e.      Expert Report of Dr. Peter Diamond

              f.      Plaintiff's X-Ray and Medical Records[1]

              g.      Diagrams and illustrations depicting procedure for takeoff

              h.      Capt. Masuhara's personal notes regarding flight 981

        2.      Documents and Exhibits that Defendant May Offer if the Need Arises:

              a.      Cabin Attendant Forms

              b.      Service Irregularity Message

              c.      Passenger Illness Injury Report

---

[1] Because of the delicateness of the X-rays, X-rays will be made available for inspection upon request.

d.  Statement of Reliability regarding Flight Simulator Data

e.  Documents and Exhibits listed by Plaintiff.

f.  Documents and Exhibits identified during the course of further discovery.

g.  Documents and Exhibits for the purpose of rebuttal.

h.  Documents and Exhibits produced by Plaintiff, including medical records examined by experts.

DATED: Hagåtña, Guam, February 16, 2007.

CARLSMITH BALL LLP

*[signature: Elyze McDonald]*

DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 16th day of February 2007, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) PRETRIAL DISCLOSURES upon Plaintiffs Counsel of record as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 16th day of February 2007 at Hagåtña, Guam.

_____
ELYZE MCDONALD