CARLSMITH BALL LLP

ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



**FILED**
DISTRICT COURT OF GUAM
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF SERVICE** |

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 16th day of February 2007, I mailed via certified mail with return receipt requested, instead of hand delivery, a true and correct copy of the trial brief of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

>PEDRO P. AGRAVANTE
>CORITA B. AGRAVANTE
>Post Office Box 22281
>Guam Main Facility
>Barrigada, Guam 96921

Executed this 16th day of February 2007 at Hagåtña, Guam.

4842-4972-3649.1.051729-00007

***ORIGINAL***

*[signature]*
ELYZE J. McDONALD