CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



**FILED**
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S SUPPLEMENTAL FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) PRETRIAL DISCLOSURES; DECLARATION OF SERVICE** |

Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD. makes the following Supplemental Disclosure pursuant to Federal Rule of Civil Procedure 26(a)(3):

A. Witnesses

   1. Defendant Expects to Call the Following Witnesses:

      j. Michael Flynn, 115 Hessler Place, Ground Floor, Gov. Flores Building, Hagatna, Guam.

      k. Mr. Hayao Suehiro, c/o Michael Flynn.

C. Documents and Exhibits

    2. Documents and Exhibits Expected to Be Presented:

        i. Promissory Note given to Mr. Hayao Suehiro.

DATED: Hagåtña, Guam, February 20, 2007.

CARLSMITH BALL LLP

_/s/ David Ledger_
DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

4837-1324-6465.1.051729-00007    2.

Case 1:04-cv-00036    Document 103    Filed 02/20/2007    Page 2 of 3

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 20th day of February 2007, I will cause to be served, via certified mail with return receipt requested, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S SUPPLEMENTAL FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) PRETRIAL DISCLOSURES upon Plaintiffs as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 28th day of February 2007 at Hagåtña, Guam.

_____
DAVID LEDGER