CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM

FEB 27 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S SECOND SUPPLEMENTAL FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) PRETRIAL DISCLOSURES; DECLARATION OF SERVICE** |

Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD. makes the following additional Supplemental Disclosure pursuant to Federal Rule of Civil Procedure 26(a)(3):

A. Witnesses

1. Defendant may call the following witness:

Mr. Tomio Clark, c/o Carlsmith Ball LLP, 134 West Soledad Ave.,

Hagatna, Guam.

ORIGINAL

DATED: Hagåtña, Guam, February 27, 2007.

CARLSMITH BALL LLP

*/s/ David Ledger*
DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 27th day of February 2007, I will cause to be served, via certified mail with return receipt requested, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S SECOND SUPPLEMENTAL FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) PRETRIAL DISCLOSURES upon Plaintiffs as follows:

>PEDRO P. AGRAVANTE
>CORITA B. AGRAVANTE
>Post Office Box 22281
>Guam Main Facility
>Barrigada, Guam 96921

Executed this 27th day of February 2007 at Hagåtña, Guam.

*[signature]*
DAVID LEDGER