CASE NO.: CV-04-00036                              DATE: February 27, 2007
CAPTION: Agravante v. Japan Airlines International Co., Ltd.

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore       Electronically Recorded: 10:47:49 - 11:06:05
CSO: B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)                    Counsel for Defendant(s)
Pedro Agravante, Pro Se                     David Ledger
Corita Agravante, Pro Se

---

**PROCEEDINGS: Preliminary Pretrial Conference**

NOTES: Court ordered depositions of plaintiffs to take place no later than the week of March 12-16, 2007. Magistrate Judge will make recommendation to the District Judge to vacate the March 20, 2007, trial date and to set trial for June 18, 2007.