# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INT'L CO., LTD., <br><br> Defendant. | Civil Case No. 04-00036 <br><br><br><br><br> ORDER |

On February 27, 2007, the parties appeared before the Court for a preliminary pretrial conference. Counsel for the Defendant noted that the Defendant still has not deposed the Plaintiffs, which is the subject of a pending motion to compel discovery (Docket No. 91). The Court addressed the Plaintiffs personally and inquired whether they would be available to have their deposition taken in the next two weeks. The Plaintiffs indicated that they would be available to be deposed during the week of March 12, 2007. Based on the parties' oral representations that said week is agreeable for the depositions, the Court ordered the Plaintiffs to make themselves both available for separate depositions to be noticed by the Defendant to take place during the week of March 12 to March 16, 2007.

Consistent with the Court's oral ruling, the Defendant's motion to compel is hereby granted. The Defendant's request for reimbursement of its attorneys fees and costs is denied. The Court, however, will not hesitate to impose sanctions if the Plaintiffs fail to attend the upcoming deposition. Furthermore, the Plaintiffs are placed on notice that failure to comply

with this Order may result in the dismissal of this action and/or the finding of the Plaintiffs in contempt of court.

SO ORDERED this 27th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**