CARLSMITH BALL LLP

DAVID P. LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
MAR - 2 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>　　　　　Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**NOTICE OF DEPOSITION** |

**TO: PEDRO P. AGRAVANTE, Plaintiff**

**PLEASE TAKE NOTICE** that Japan Airlines International, Co., Ltd., Defendant in the above-entitled action, will take the deposition of PEDRO P. AGRAVANTE at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910, on March 16, 2007, at 10:00 a.m.

The deposition will be recorded stenographically pursuant to the Federal Rules of Civil Procedure. If said deposition is not completed on the date set out above, the taking of the

depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, March 1, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.