CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
MAR - 2 2007 nbo
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. CIV04-00036 <br><br> **DECLARATION OF SERVICE** |

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 2nd day of March 2007, I will cause to serve, via certified mail with return receipt requested, a true and correct copy of **1) Notice of Deposition for Pedro P. Agravante; 2) Notice of Deposition for Corita B. Agravante; and 3) Declaration of Service** upon Pro Se Plaintiffs as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

DATED: Hagåtña, Guam, March 2, 2007.

CARLSMITH BALL LLP

*[signature: Elyze McDonald]*
_____
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.