# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00036<br><br><br>REPORT & RECOMMENDATION |

On February 27, 2007, this matter came before the below-signed Magistrate Judge for a preliminary pretrial conference. At said hearing, the Defendant renewed its request to continue the trial presently scheduled for March 20, 2007. The Plaintiffs also joined in the request for a short continuance of the trial. After discussing the matter with the parties, I hereby recommend that the March 20, 2007 trial be continued and that the following schedule be adopted:

- <u>Discovery cutoff date</u>: March 27, 2007
- <u>Discovery motions deadline</u>: March 30, 2007
- <u>Dispositive motions deadline</u>: April 23, 2007
- <u>Filing of trial brief (or Amended Trial Brief, if necessary)</u>: May 29, 2007
- <u>Preliminary pretrial conference</u>: June 5, 2007, at 9:00 a.m.
- <u>Filing of exhibit lists, exhibit binders, witness lists, and discovery material designations</u>: June 12, 2007

- <u>Proposed pretrial order</u>: lodged by June 12, 2007

- <u>Final pretrial conference</u>: June 19, 2007, at 9:00 a.m.

- <u>Filing deadline for proposed jury instructions; proposed verdict forms; proposed *voir dire* questions; objections to opponent's witness list, exhibit list and discovery material designations; and motions *in limine*</u>: June 19, 2007

- <u>Jury Trial</u>: Tuesday, June 26, 2007, at 9:00 a.m.

The above recommendation is based on the following facts: (1) a competing civil action (<u>George and Matilda Kallingal, P.C. v. Christopher Felix, *et al.*</u>, Civil Case No. 05-00002) is presently scheduled for trial on the same day the instant action is scheduled for trial; (2) due to no fault of the Defendant, the Plaintiffs have not yet been deposed and are scheduled to be deposed the week of March 12 to 16, 2007; and (3) the Defendant's witnesses need a date certain for trial since many of these witnesses will be traveling to Guam from off-island.

Dated this 9th of March 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**