DISTRICT COURT OF GUAM

TERRITORY OF GUAM

PEDRO P. AGRAVANTE, JR. and
CORITA B. AGRAVANTE,

Plaintiffs,

vs.

JAPAN AIRLINES INT'L CO., LTD.,

Defendant.

Civil Case No. 04-00036

**ORDER RE REPORT AND RECOMMENDATION TO CONTINUE TRIAL DATE**

Presently before the court is the Defendant's Motion to Continue Discovery and Trial Dates (Docket No. 82). The Magistrate Judge reviewed the submissions and thereafter filed his Report and Recommendations on March 9, 2007 (Docket No. 111). Therein, the Magistrate Judge recommended that the trial be continued and set forth further scheduling dates. This court has reviewed the Report and Recommendation and adopts it in full and hereby sets the following schedule:

- <u>Discovery cutoff date</u>: March 27, 2007
- <u>Discovery motions deadline</u>: March 30, 2007
- <u>Dispositive motions deadline</u>: April 23, 2007
- <u>Filing of trial brief (or Amended Trial Brief, if necessary)</u>: May 29, 2007
- <u>Preliminary pretrial conference</u>: June 5, 2007, at 9:00 a.m.

- <u>Filing of exhibit lists, exhibit binders, witness lists, and discovery material designations</u>: June 12, 2007

- <u>Proposed pretrial order</u>: lodged by June 12, 2007

- <u>Final pretrial conference</u>: June 19, 2007, at 9:00 a.m.

- <u>Filing deadline for proposed jury instructions; proposed verdict forms; proposed *voir dire* questions; objections to opponent's witness list, exhibit list and discovery material designations; and motions *in limine*</u>: June 19, 2007

- <u>Jury Trial</u>: Tuesday, June 26, 2007, at 9:00 a.m.

Dated this 12th of March 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**