CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM
MAR 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO B. AGRAVANTE and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION TO PENDING MOTION FOR RECONSIDERATION AND TRIAL DATES; DECLARATION OF SERVICE** |

On March 12, 2007, Plaintiffs filed a Motion for Clarification to Pending Motion for Reconsideration and Trial Dates. On the same day, the Court ruled on the pending motions pertaining to the scheduling of the trial date. JAL submits that the Court's Order renders Plaintiffs' Motion moot.

DATED: Hagåtña, Guam, March 26, 2007.

CARLSMITH BALL LLP

ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

**ORIGINAL**

## DECLARATION OF SERVICE

The undersigned hereby certifies that on the 17th day of October 2006, I will cause to serve, via certified mail, returned receipt requested, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION TO PENDING MOTION FOR RECONSIDERATION AND TRIAL DATES; DECLARATION OF ELYZE J. MCDONALD; DECLARATION OF SERVICE; upon Pro Se Plaintiffs as follows:

> PEDRO P. AGRAVANTE, JR.
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

DATED: Hagåtña, Guam, March 26, 2007.

_____
ELYZE J. MCDONALD