CARLSMITH BALL LLP

ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>　　　　　　Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**REQUEST TO FILE FACSIMILE FILINGS; EXHIBITS A, B; DECLARATION OF SERVICE** |

In accordance with General Rule 5.1(a), Defendant Japan Airlines International Co., Ltd. ("JAL") hereby requests that the Court grant permission for JAL to submit the attached facsimile filings, Declaration of Hideo Masuhara (Exhibit A) and Declaration of Naomi Nakahara (Exhibit B). The Declarations are in support of JAL's Motion for Summary Judgment, filed concurrently herewith. Mr. Masuhara and Ms. Nakahara have signed the Declarations, however, because they currently reside in Japan, their signatures on the Declaration are facsimiles. Mr. Masuhara and Ms. Nakahara have sent to the Guam office of Carlsmith Ball LLP original copies of the Declarations via courier. Upon receipt of the original signature pages of the Declarations,

Request to File Facsimile Filing; Declaration of Service
Pedro P. Agravanate and Corita B. Agravante v. Japan Airlines International Co., Ltd.
District Court of Guam Civil Case No. CV04-00036

undersigned counsel will immediately file them with the Court.

DATED: Hagåtña, Guam, April 23, 2007.

CARLSMITH BALL LLP

*/s/ Elyze␣J.␣McDonald*

ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

Request to File Facsimile Filing; Declaration of Service
Pedro P. Agravanate and Corita B. Agravante v. Japan Airlines International Co., Ltd.
District Court of Guam Civil Case No. CV04-00036

4823-5718-6305.1.051729-00007                    2.

Case 1:04-cv-00036     Document 117     Filed 04/23/2007     Page 2 of 7

Request to File Facsimile Filing; Declaration of Service
Pedro P. Agravanate and Corita B. Agravante v. Japan Airlines International Co., Ltd.
District Court of Guam Civil Case No. CV04-00036

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on April 23, 2007, I will cause to be served, via Certified Mail with Return Receipt, a true and correct copy of the REQUEST TO FILE FACSIMILE FILING; EXHIBITS A, B; DECLARATION OF SERVICE upon Pro Se Plaintiffs as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 23rd day of April 2007 at Hagåtña, Guam.

_____
ELYZE J. McDONALD

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF HIDEO MASUHARA** |

I, HIDEO MASUHARA, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called by the Court.

3. I am a captain for Japan Airlines and have been a commercial pilot for 28 years.

**EXHIBIT "A"**

4. I was the captain on JALWAYS Flight No. 981 from Narita, Japan, to Guam on July 20, 2002, a Boeing 767 aircraft. I have approximately 5920 flight hours in this type of aircraft.

5. The Boeing 767 I piloted on the Narita-Guam route was designed to do standing takeoff which involves taxiing to the take-off location, setting the aircraft's brakes, running up the engines to a pre-determined power setting (70%N1), and then releasing the brakes. On July 20, 2002, JALWAYS Flight No. 981 conducted a standing takeoff from one of Narita's two main runways. The mechanics of standing takeoffs are that once the brakes are released, the aircraft's take-off roll and commencement of flight are controlled by aircraft computer systems installed by the manufacturer, as opposed to manually by the cockpit crew.

6. There was nothing unusual or unexpected about the standing takeoff of the aircraft on July 20, 2002, during Flight No. 981.

7. Standing takeoffs are routine in the aviation industry. Standing takeoffs are usual, normal, and expected operations of the aircraft.

DECLARATION UNDER 28 U.S.C. Section 1746

I, Hideo Masuhara, do hereby affirm under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: Apr 20, 2007.   /s/ *Hideo Masuhara*

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF NAOMI NAKAHARA** |

I, Naomi Nakahara, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called by the Court.

3. I am employed in the Department of Legal Affairs for Japan Airlines International Co., Ltd. and have been so employed since August 2004. My responsibilities include responding to incidents on board JAL flights which involve passengers and possible legal problems for JAL.

**EXHIBIT "B"**

4. Besides the Complaint filed with the Guam District Court of Guam by Pedro Agravante, JAL's Department of Legal Affairs has not received any informal or formal complaints from any other passengers onboard JALWAYS Flight No. 981 from Narita, Japan, to Guam on July 20, 2002, with respect to the aircraft's standing takeoff on that particular flight.

DECLARATION UNDER 28 U.S.C. Section 1746

I, Naomi Nakahara, do hereby affirm under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: _April 20, 2007.   /s/ _Naomi Nakahara_
NAOMI NAKAHARA

2.