CARLSMITH BALL LLP

ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>　　　　　　　Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**ORDER GRANTING REQUEST TO FILE FACSIMILE FILING** |

The Court hereby **GRANTS** Defendant Japan Airlines International Co., Ltd.'s Request to File Facsimile Filings with regard to the Declaration of Hideo Masuhara and the Declaration of Naomi Nakahara.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: Apr 24, 2007**

4824-9140-4033.1.051729-00007