CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF NAOMI NAKAHARA** |

I, Naomi Nakahara, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called by the Court.

3. I am employed in the Department of Legal Affairs for Japan Airlines International Co., Ltd. and have been so employed since August 2004. My responsibilities include responding to incidents on board JAL flights which involve passengers and possible legal problems for JAL.

4. Besides the Complaint filed with the Guam District Court of Guam by Pedro Agravante, JAL's Department of Legal Affairs has not received any informal or formal complaints from any other passengers onboard JALWAYS Flight No. 981 from Narita, Japan, to Guam on July 20, 2002, with respect to the aircraft's standing takeoff on that particular flight.

DECLARATION UNDER 28 U.S.C. Section 1746

I, Naomi Nakahara, do hereby affirm under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: _April 20, 2007. /s/ *Naomi Nakahara*
NAOMI NAKAHARA

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

# FILED
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF NAOMI NAKAHARA** |

I, Naomi Nakahara, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called by the Court.

3. I am employed in the Department of Legal Affairs for Japan Airlines International Co., Ltd. and have been so employed since August 2004. My responsibilities include responding to incidents on board JAL flights which involve passengers and possible legal problems for JAL.

ORIGINAL

4. Besides the Complaint filed with the Guam District Court of Guam by Pedro Agravante, JAL's Department of Legal Affairs has not received any informal or formal complaints from any other passengers onboard JALWAYS Flight No. 981 from Narita, Japan, to Guam on July 20, 2002, with respect to the aircraft's standing takeoff on that particular flight.

DECLARATION UNDER 28 U.S.C. Section 1746

I, Naomi Nakahara, do hereby affirm under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: _April 20, 2007.   /s/ _Naomi Nakahara_
NAOMI NAKAHARA

2.