
CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF HIDEO MASUHARA** |

I, HIDEO MASUHARA, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called by the Court.

3. I am a captain for Japan Airlines and have been a commercial pilot for 28 years.

4. I was the captain on JALWAYS Flight No. 981 from Narita, Japan, to Guam on July 20, 2002, a Boeing 767 aircraft. I have approximately 5920 flight hours in this type of aircraft.

5. The Boeing 767 I piloted on the Narita-Guam route was designed to do standing takeoff which involves taxiing to the take-off location, setting the aircraft's brakes, running up the engines to a pre-determined power setting (70%N1), and then releasing the brakes. On July 20, 2002, JALWAYS Flight No. 981 conducted a standing takeoff from one of Narita's two main runways. The mechanics of standing takeoffs are that once the brakes are released, the aircraft's take-off roll and commencement of flight are controlled by aircraft computer systems installed by the manufacturer, as opposed to manually by the cockpit crew.

6. There was nothing unusual or unexpected about the standing takeoff of the aircraft on July 20, 2002, during Flight No. 981.

7. Standing takeoffs are routine in the aviation industry. Standing takeoffs are usual, normal, and expected operations of the aircraft.

DECLARATION UNDER 28 U.S.C. Section 1746

I, Hideo Masuhara, do hereby affirm under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: Apr 20, 2007.   /s/ Hideo Masuhara

2

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.


FILED
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DECLARATION OF HIDEO MASUHARA** |

I, HIDEO MASUHARA, declare under penalty of perjury that the following statements are true and correct:

    1.    I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

    2.    I would testify competently as to these facts if called by the Court.

    3.    I am a captain for Japan Airlines and have been a commercial pilot for 28 years.

ORIGINAL

4. I was the captain on JALWAYS Flight No. 981 from Narita, Japan, to Guam on July 20, 2002, a Boeing 767 aircraft. I have approximately 5920 flight hours in this type of aircraft.

5. The Boeing 767 I piloted on the Narita-Guam route was designed to do standing takeoff which involves taxiing to the take-off location, setting the aircraft's brakes, running up the engines to a pre-determined power setting (70%N1), and then releasing the brakes. On July 20, 2002, JALWAYS Flight No. 981 conducted a standing takeoff from one of Narita's two main runways. The mechanics of standing takeoffs are that once the brakes are released, the aircraft's take-off roll and commencement of flight are controlled by aircraft computer systems installed by the manufacturer, as opposed to manually by the cockpit crew.

6. There was nothing unusual or unexpected about the standing takeoff of the aircraft on July 20, 2002, during Flight No. 981.

7. Standing takeoffs are routine in the aviation industry. Standing takeoffs are usual, normal, and expected operations of the aircraft.

DECLARATION UNDER 28 U.S.C. Section 1746

I, Hideo Masuhara, do hereby affirm under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: Apr 20, 2007. /s/ *Hideo Masuhara*