CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



**FILED**

DISTRICT COURT OF GUAM

APR 27 2007 ᴺᵒᵛ

**MARY L.M. MORAN
CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and<br>CORITA B. AGRAVANTE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO.,<br>LTD.,<br><br>    Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**SUBMISSION OF ORIGINAL<br>SIGNATURE PAGES OF THE<br>DECLARATION OF HIDEO<br>MASUHARA AND THE<br>DECLARATION OF NAOMI<br>NAKAHARA; DECLARATION OF<br>SERVICE** |

Filed concurrently herewith are the original documents and signature pages of the Declaration of Hideo Masuhara and Declaration of Naomi Nakahara; Declaration of Service, which were filed via facsimile on April 25, 2007.

Executed this 27th day of April 2007 at Hagåtña, Guam.

CARLSMITH BALL LLP

_Elyze McDonald_
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International, Co., Ltd.

ORIGINAL

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 27th day of April 2007, I will cause to be served, via Certified Mail with Return Receipt Requested, a true and correct copy of the SUBMISSION OF ORIGINAL SIGNATURE PAGES OF THE DECLARATION OF HIDEO MASUHARA AND THE DECLARATION OF NAOMI NAKAHARA; DECLARATION OF SERVICE upon Pro Se Plaintiffs as follows:

> PEDRO P. AGRAVANTE
> CORITA B. AGRAVANTE
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam 96921

Executed this 27th day of April 2007 at Hagåtña, Guam.

_____
ELYZE McDONALD