CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., INC.,<br><br>        Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**AFFIDAVIT OF MAILING** |

GUAM, U.S.A.    )
                    ) ss:
Municipality of Hagåtña  )

    I, ELYZE MCDONALD, being first duly sworn, state as follows:

1. I am a United States citizen over the age of 18 years.

2. I am an employee of the law firm of Carlsmith Ball LLP.

3. On April 26, 2007, I prepared for and deposited in the United States mail, postage prepaid, at Hagåtña, Guam, via certified return receipt to the recipients listed below, a copy of the following documents:

    1.    Declaration of Hideo Masuhara


ORIGINAL

2. Declaration of Naomi Nakahara

3. Declaration of Mailing

   PEDRO P. AGRAVANTE
   CORITA B. AGRAVANTE
   Post Office Box 22281
   Guam Main Facility
   Barrigada, Guam 96921

Further Affiant sayeth naught.

_____
ELYZE MCDONALD

**SUBSCRIBED and SWORN** to before me this 26th day of April, 2007 by ELYZE MCDONALD.

_____
Notary Public

JUNE M. C. BORJA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: May 23, 2010
My Commission Number: NP# 06-0057P
#456 Chalan Canton Tutujan, Sinajana, Guam 96910