# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INT'L CO., LTD., <br><br> Defendant. | Civil Case No. 04-00036 <br><br><br> ORDER |

On April 23, 2007, the Defendant filed a Motion For Summary Judgment. After reviewing the filing, the court hereby vacates the trial set for June 26, 2007, at 9:00 a.m. and instead sets this matter for hearing at that time. The Plaintiffs shall file their Opposition to the motion by close of business on Wednesday, May 30, 2007 and the Reply shall be filed by June 7, 2007. In addition, all other scheduling dates such as due date for trial documents, and the preliminary and final pretrial conferences are vacated until further notice of the court.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: May 16, 2007**