CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
MAY 17 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00036<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S REQUEST TO BEGIN TRIAL ON JUNE 25, 2007 AS OPPOSED TO SCHEDULED DATE OF JUNE 26; DECLARATION OF SERVICE** |

Defendant hereby respectfully requests that the trial of this matter begin on June 25, 2007 instead of June 26th, for the following reasons.

Japan Airlines believes this Jury Trial may well require five days to complete. Japan Airline's witnesses reside in Japan and California. Not one witness resides in Guam. The witnesses residing in Japan are presently scheduled to arrive on Guam Sunday, June 24, 2007, and two of them, Japan Airlines employees, must depart on Saturday, June 30, 2007 to resume their in-flight duties. Commencing this Jury Trial on Monday, June 25th, instead of Tuesday,



June 26th, greatly increases the likelihood of completing the trial not later than Friday, June 29th, as opposed to spilling over to the following Monday, July 2, 2007. In other words, completing the Trial in the same week it begins.

Completing the Trial on Friday, June 29th would save a very large amount of money and substantially lessen the burden on non-resident witnesses. Finishing the Trial in the same week it begins would also yield judicial economy. In particular, finishing the Trial on Friday, June 29th would permit the JAL employees to depart back to Japan on schedule and in time to resume their in-flight duties. Likewise, finishing on Friday, June 29th would eliminate the need for any JAL witness or company representative to remain on Guam over the entire weekend waiting for Trial to resume on Monday July 2, 2007. Last, finishing the Trial on Friday, June 29th would permit the Court to take up new matters on Monday, July 2nd.

JAL's expert witness, Dr. Laura Liptai, resides in California. If the Trial commenced on Monday June 25th instead of Tuesday June 26th, Ms. Liptai would not have to plan on (and change for) the contingency of spending an entire weekend on Guam waiting for Trial to resume on Monday July 2, 2007. This would save a substantial sum of money in expert witness fees.

For the above reason, JAL respectfully request the Court to commence this Jury Trial on June 25, 2007 instead of June 26, 2007.

DATED: Hagåtña, Guam, May 17, 2007.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 17th day of May 2007, I will cause to be served, via certified mail/return receipt requested, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S REQUEST TO BEGIN TRIAL ON JUNE 25, 2007 AS OPPOSED TO SCHEDULED DATE OF JUNE 26; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

>PEDRO P. AGRAVANTE
>CORITA B. AGRAVANTE
>Post Office Box 22281
>Guam Main Facility
>Barrigada, Guam 96921

Executed this 17th day of May 2007 at Hagåtña, Guam.

_____
DAVID LEDGER