AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**Agravante**

V.

**Japan Airline International Co., Ltd.**

# NOTICE

CASE NUMBER: CV-04-00036

TYPE OF CASE:

**X** CIVIL ☐ CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**MOTION FOR SUMMARY JUDGMENT**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Tuesday, June 26, 2007 at 9:00 a.m.** | **Friday, July 6, 2007 at 10:00 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**June 25, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO: David Ledger, Esq.
Elyze Mcdonald, Esq.
Pedro and Corita Agravante