PEDRO P. AGRAVANTE, JR., Pro se
and CORITA B. AGRAVANTE., Pro se
P.O. Box 22281
Guam Main Facility
Barrigada, Guam 96921
Telephone no. 671.646/8453, 4537
Cell. Phone no, 671.788/7291



**FILED**
DISTRICT COURT OF GUAM

JUL 03 2007

MARY L.M. MORAN
CLERK OF COURT

PEDRO P. AGRAVANTE, JR.
CORITA B. AGRAVANTE

CIVIL CASE NO. CIV04-00036

DECLARATION OF ANTONIO
B. TUANO

Plaintiffs

vs.

JAPAN AIRLINES INTERNATIONAL CO.,
LTD.

_____/

I, ANTONIO B, TUANO, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I am residing at 139 N. Mansanita Court, Liguan Terrace, Dededo Guam 96913.

3. I would testify competently as to these facts if called by the Court.

4. I was a captain for Philippine Airlines and I have been a commercial pilot for 20 years, flying B-747-200, B-747-400, and Airbus A-330-300.

5.. My current Pilot License number is CPL 2725272.

6.. Reason for leaving; labor problem/1998 Pilot Strike

7.. I am currently employed with Freedom Air since March 2003 to present, Class of Aircraft Operating; SD-330, SD-360, PA-32-300, B-172 and C-207.

8. I am a resident of Guam with SS. No. 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.

**ORIGINAL**

I, Antonio B. Tuano, do hereby affirm under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

DATED: July 3rd, 2007. /s/ _____