CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**

DISTRICT COURT OF GUAM

JUL 05 2007 ᵖᵇᵛ

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR. and CORITA B. AGRAVANTE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. CIV04-00036 <br><br> **DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S SUBMISSION OF RELEVANT PORTIONS OF THE DEPOSITION OF CORITA AGRAVANTE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF ELYZE J. MCDONALD; EXHIBIT "A"; DECLARATION OF SERVICE** |

Defendant hereby submits pages 7 and 8 of the deposition of Corita Agravante in support

of its Motion for Summary Judgment.

DATED: Hagåtña, Guam, July 5, 2007.

CARLSMITH BALL LLP

*Elyze McDonald*

DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

Page 1 of 3

**ORIGINAL**

4830-2199-1937 1.051729-00007

## DECLARATION OF ELYZE J. McDONALD

I, ELYZE J. MCDONALD, declare under penalty of perjury that the following statements are true and correct:

1.　I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2.　I would testify competently as to these facts if called by the Court.

3.　I am licensed to practice law before all courts in Guam.

4.　I am an attorney for Defendant Japan Airlines International Co., Inc. ("JAL").

5.　On July 3, 2007, JAL received a copy of the transcript of the deposition of Plaintiff Corita Agravante taken on March 14, 2007.

6.　Attached hereto as Exhibit "A" is a true and correct copy of pertinent pages of the deposition in which Mrs. Agravante testifies that she does not have any medical training, education, or certification.

7.　On page 5 of Defendant's Motion for Summary Judgment, filed on April 23, 2007, I reference Mrs. Agravante's above-mentioned testimony based on my recollection of the deposition. I now submit the transcribed testimony to the Court for the Court's reference.

DATED: Hagåtña, Guam, July 5, 2007.

CARLSMITH BALL LLP

_Elyze Smelo_

DAVID LEDGER
ELYZE J. McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

4830-2199-1937.1 051729-00007

# EXHIBIT

# "A"

IN THE DISTRICT COURT OF GUAM

PEDRO P. AGRAVANTE, JR., and ) CASE NO. CIV04-00036
CORITA B. AGRAVANTE,            )
                                )
              Plaintiffs,       )
                                )
     vs.                        )          📄 **COPY**
                                )
JAPAN AIRLINES INTERNATIONAL    )
CO., LTD.,                      )
                                )
              Defendant.        )

DEPOSITION OF CORITA AGRAVANTE

Taken on Behalf of the Defendant

BE IT REMEMBERED That, pursuant to the Guam
Rules of Civil Procedure, the deposition of CORITA AGRAVANTE
was taken before Veronica F. Reilly, Certified Shorthand
Reporter, on Wednesday, the 14th day of March 2007, at 10:00
a.m. in the Law Offices of Carlsmith Ball, Suite 401, Bank of
Hawaii Building, 134 W. Soledad Avenue, Hagatna, Guam.

Veronica F. Reilly, CSR-RPR
Certified Shorthand Reporter
Tel: 671.734.1041 * Fax: 671.734.1045
E-mail: veronica.reilly@hotmail.com

Case 1:04-cv-00036   Document 130   Filed 07/05/2007   Page 4 of 7



1    A.    My date of birth is January 19, 1948.

2    Q.    Where were you born?

3    A.    I born in the Philippines.

4    Q.    And do you have a high school education?

5    A.    Yes.

6    Q.    You graduated from high school?

7    A.    I graduated in high school and I graduated in

8    univer- -- B.S. Ed majoring in education and minoring in

9    accounting.

10    Q.    When did you graduate from high school?

11    A.    I cannot remember already, it's too long already.

12    So maybe around 1964, -5; somewhere there.

13    Q.    What's the name of the school?

14    A.    Bethel Academy.

15    Q.    You graduated in the Philippines?

16    A.    In the Philippines.

17    Q.    And you said you went to college?

18    A.    Yes.

19    Q.    What's the name of the school?

20    A.    Divine Word University.

21    Q.    How do you spell that?

22    A.    D-I-V-I-N-E Word W-O-R-D University, in the

23    Philippines also.

24    Q.    Divine Word University in the Philippines.  And what

25    degree did you receive there?

| | | |
|---|---|---|
| 1 | A. | I receive in B.S. Ed. |
| 2 | Q. | What kind of degree is that? |
| 3 | A. | It's in education and minoring in accounting. |
| 4 | Q. | Do you have any other education beyond that? |
| 5 | A. | No, only that. |
| 6 | Q. | What year was that you graduated from Divine Word? |
| 7 | A. | Divine Word University. |
| 8 | Q. | What year? |
| 9 | A. | That was 1970. |
| 10 | Q. | So no other education beyond that? |
| 11 | A. | No, no more. |
| 12 | Q. | Okay. What's your current address? |
| 13 | A. | Our current address is -- The PO Box? |
| 14 | Q. | No, your residence. |
| 15 | A. | 213 Calamendo Street, Liguan Terrace. |
| 16 | Q. | In Dededo? |
| 17 | A. | Dededo. |
| 18 | Q. | Is that a home? |
| 19 | A. | Yes. |
| 20 | Q. | How long have you been living there? |
| 21 | A. | Just almost -- I mean three years. |
| 22 | Q. | Three years? |
| 23 | A. | Almost three years. |
| 24 | Q. | Where were you living before then? |
| 25 | A. | In Barrigada Heights. |

## DECLARATION OF SERVICE

I, ELYZE J. McDONALD, hereby declare under penalty of perjury of the laws of the United States, that on the 5th day of July 2007, I will cause to be served, via Certified Mail with Return Receipt Requested, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S SUBMISSION OF RELEVANT PORTIONS OF THE DEPOSITION OF CORITA AGRAVANTE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF ELYZE J. McDONALD; EXHIBIT "A"; DECLARATION OF SERVICE upon Plaintiff at the following address:

> Mr. Pedro P. Agravante, Jr.
> Mrs. Corita B. Agravante
> Post Office Box 22281
> Guam Main Facility
> Barrigada, Guam USA 96921

Executed this 5th day of July 2007 at Hagåtña, Guam.

ELYZE J. McDONALD

4830-2199-1937.1.051729-00007