CASE NO.: CV-04-00036  DATE: July 06, 2007
CAPTION: Agravante -vs- Japan Airlines International, Co., Ltd.

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:01:51 - 11:08:42
CSO: F. Tenorio

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Pedro Agravante and Corita Agravante - Pro Se  Elyze McDonald

**PROCEEDINGS: Motion for Summary Judgment**
- Motion argued by Defendant.
- Motion taken under advisement.
- Defense Exhibits E and F received by the Court (see attached)
- Order to be prepared by: Court.

NOTES:

Exhibit 1

INCIDENT REPORT

Flight no. JO 981

Bound from Narita to Guam

Time of incident: About 10:20 p.m.

Day/Date: 7/20/02, Saturday

    The plane was on standbye waiting for the control tower for a "GO" signal. The plane suddenly jolted and went fast forward, and at the same time a big banging scary sound can be heard coming from the front of the airplane where food were prepared, then 3 large metal food handling trays rolled out, dislodged from its holding panels running out onto the passengers seats, hitting or striking seat nos. 1 G and 1 A, damaging the right side of seat no. 1 G and hitting the left foot of one (1) passenger, Mr. Robert J. Del Rosario who was seating in 1 A.

    It took 5 minute for 3 attendants to take out the 3 trays from the alley.

Result:

    1. Passenger Robert J. Del Rosario suffered fractured left foot, complaining about pain, shortness of breathing, nervous & frighten by the incident.

    2. Gross negligence on the part of the airline attendants for not properly securing the 3 large metal food handling trays.

WITNESSES:

_____
Pedro P. Agravante, Jr.
A passenger, Flight no. JO 981
A companion of Robert J. Del Rosario during the flight
Seat no. 2 G, 3 feet away from the incident

Susum Nito
Japanese resident
Passenger seat no. 1 G

# LMR, X-Ray Pro

647-XPRO (9776)
211 Farenholt Avenue, Suite 102, Tamuning, Guam 96911

X-Ray No: 21152

Patient Name: AGRAVANTE, PEDRO          D.O.B.: 10/5/46

Examination: C-SPINE, 4VS.              Date: 8/2/05

Relevant Diagnosis: PAIN

Requesting Physician: DR. PRESTON

**Findings:**

AP, lateral and oblique views of the cervical spine were obtained. There is mild straightening of the normal lordotic curvature at the lower cervical spine. The vertebral bodies are normal in height. Small marginal osteophytes are noted at C-5, 6 and 7. There is mild narrowing of the disc spaces of C-5-6 and C-6-7. There is moderate encroachment into the neuroforamina bilaterally at C-5-6 and C-6-7 and to a lesser degree at C-3-4 on the left.

**Impression:**

Mild to moderate lower cervical spondylosis with disc space narrowing as described above.

Interpreting Radiologist:

D. MICHAEL MUDD, M.D.                VINCENT LIZAMA, M.D.
                                     VL:jb 8/2/05

DEFENDANT'S EXHIBIT F