UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR., and CORITA B. AGRAVANTE,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL, CO. LTD.,<br><br>    Defendants | CIVIL CASE NO. 04-00036<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order re Motion for Summary Judgment filed on July 9, 2007.

Dated this 6th day of July, 2007, Hagatna, Guam.

                                                  MARY L. M. MORAN
                                                  Clerk of Court

                                                  By: /s/ Renee M. Martinez
                                                       Deputy Clerk