# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

| | |
|---|---|
| PEDRO P. AGRAVANTE, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendants. | Case No. 1:04-cv-00036 |

## NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled cases the following:

**Order re Motion for Reconsideration of Summary Judgment filed July 27, 2007**
**Date of Entry: July 27, 2007**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov

Dated: August 10, 2007

                                                Clerk of Court
                                                /s/ Jeanne Quinata